**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **MEDIX STAFFING SOLUTIONS, INC.,** an Illinois corporation, | ) ) |
| Plaintiff, | ) **Civil Action No. 22-cv-225** |
| | ) |
| **vs.** | ) |
| | ) |
| **NOVO HEALTH, LLC,** a Wisconsin limited liability company, | ) ) |
| and | ) |
| **NOVO HEALTH TECHNOLOGY GROUP, LLC,** a Wisconsin limited liability company, | ) ) |
| and | ) |
| **NOVO CONSERVATIVE CARE, LLC,** a Wisconsin limited liability company, | ) ) |
| and | ) |
| **NOVO DIRECT CONTRACTING, LLC,** a Wisconsin limited liability company, | ) ) |
| and | ) |
| **NOVO, LLC,** a Wisconsin limited liability company, | ) ) |
| and | ) |
| **INNOVATION ALLIANCE, LLC,** a Wisconsin limited liability company, | ) ) |
| and | ) |
| **CURT KUBIAK,** an individual, | ) ) |
| **Defendants.** | ) |

## <u>COMPLAINT</u>

Plaintiff Medix Staffing Solutions, Inc. hereby files this Complaint against Defendants Novo Health, LLC ("Novo Health"), Novo Health Technology Group, LLC ("Novo Health Technology"), Novo Conservative Care, LLC ("Novo Conservative Care"), Novo Direct Contracting, LLC ("Novo Direct Contracting"), Novo, LLC ("Novo"), Innovation Alliance, LLC ("Innovation Alliance") (collectively "Defendant Companies") and Curt Kubiak (collectively "Defendants").

## NATURE OF THE ACTION

1.      Plaintiff brings this breach of contract action to recover a principal balance of $1,583,276.60 for staffing services rendered, plus contract-based late fees, attorneys' fees, interest and costs.

## PARTIES

2.      Plaintiff is an Illinois corporation with a principal place of business located at 222 S. Riverside Plaza, Suite 2120, Chicago, IL 60606.

3.      Defendant Novo Health is a Wisconsin limited liability company with a principal place of business located at 2105 E. Enterprise Avenue, Appleton, WI 54913. The members of Novo Health consist of Defendant Kubiak, a natural person and Wisconsin resident, residing at 123 Ashbrooke Place, Neenah, WI 54956, David Dewitt, a natural person and Wisconsin resident, maintaining an address of 5320 W. Michaels Drive, Appleton, WI 54913, Ken Schaufelberger, a natural person and Wisconsin resident, maintaining an address of 2105 E. Enterprise Avenue, Appleton, WI 54913, Brian Lohrbach, a natural person and Wisconsin resident, maintaining an address of 2105 E. Enterprise Avenue, Appleton, WI 54913, David Eggert, a natural person and Wisconsin resident, maintaining an address of 2105 E. Enterprise Avenue, Appleton, WI 54913, David Kuplic, a natural person and Wisconsin resident, maintaining an address of 2105 E. Enterprise Avenue, Appleton, WI 54913, and David Rust, a natural person and Wisconsin resident, maintaining an address of 2105 E. Enterprise Avenue, Appleton, WI 54913.

4.      Defendant Novo Health Technology is a Wisconsin limited liability company with a principal place of business located at 2105 E. Enterprise Avenue, Appleton, WI 54913. Novo Health Technology is currently in a "delinquent" status as of January 13, 2022, having failed to file an annual report, however Novo Health Technology has not filed articles of dissolution. Novo

Health Technology's registered agent and member is Defendant Kubiak, a natural person and Wisconsin resident, residing at 123 Ashbrooke Place, Neenah, WI 54956.

5.     Defendant Novo Conservative Care is a Wisconsin limited liability company with a principal place of business located at 2105 E. Enterprise Avenue, Appleton, WI 54913. The members of Novo Conservative Care consist of Defendant Kubiak, a natural person and Wisconsin resident, residing at 123 Ashbrooke Place, Neenah, WI 54956, and Sandi Rochon, a natural person and Wisconsin resident, maintaining an address of 5320 W. Michaels Drive, Appleton, WI 54913,

6.     Defendant Novo Direct Contracting is a Wisconsin limited liability company with a principal place of business located at 2105 E. Enterprise Avenue, Appleton, WI 54913. On December 14, 2021, Defendant Novo Direct Contracting was administratively dissolved for failing to file an annual report. Novo Direct Contracting's registered agent and member is Defendant Kubiak, a natural person and Wisconsin resident, residing at 123 Ashbrooke Place, Neenah, WI 54956.

7.     Defendant Novo is a Wisconsin limited liability company with a principal place of business located at 2105 E. Enterprise Avenue, Appleton, WI 54913. Defendant Novo is currently not in good standing as of January 12, 2022. On October 13, 2020, Defendant Novo filed a notice of administrative dissolution and on December 13, 2020, Defendant Novo was administratively dissolved. Novo's registered agent and member is Defendant Kubiak, a natural person and Wisconsin resident, residing at 123 Ashbrooke Place, Neenah, WI 54956.

8.     Defendant Innovation Alliance is a Wisconsin limited liability company with a principal place of business located at 2105 E. Enterprise Avenue, Appleton, WI 54913. The members of Innovation Alliance consist of Defendant Kubiak, a natural person and Wisconsin

resident, residing at 123 Ashbrooke Place, Neenah, WI 54956, and Sandi Rochon, a natural person and Wisconsin resident, maintaining an address of 5320 W. Michaels Drive, Appleton, WI 54913,

9.      Defendant Curt Kubiak is a natural person and Wisconsin resident, residing at 123 Ashbrooke Place, Neenah, WI 54956.

### JURISDICTION AND VENUE

10.     There is complete diversity between the parties pursuant to 28 U.S.C. § 1332 because Plaintiff is a citizen of Illinois and Defendants, including all members of the Defendant Companies, are all citizens of Wisconsin.

11.     The amount in controversy requirements of 28 U.S.C. § 1332 are satisfied in that there is more than $75,000.00 at issue, exclusive of costs, interest and attorneys' fees.

12.     This action properly lies in the Northern District of Illinois pursuant to 28 U.S.C. § 1391, because facts giving rise to this action occurred within this District, the home office of the Plaintiff is located within this District, and the parties' written contract contains a venue provision establishing jurisdiction in this District.

13.     Venue is appropriate in this court.

### FACTS COMMON TO ALL ALLEGATIONS

14.     Plaintiff incorporates by reference the allegations contained in all the preceding paragraphs as if fully set out herein.

15.     Plaintiff is a staffing company serving the healthcare industry.

16.     Defendant Companies provide aggregated medical services, or bundles, of medical services at fixed prices and through single bills for what Defendant Companies describe as transparent, high-quality care.

17.     Defendant Companies state that they are a community of like-minded medical providers, strategic suppliers and forward thinking employers committed to upending traditional models and delivering affordable, accessible high-quality health care and related services.

18.     Defendant Companies are all affiliates of one another.

19.     On or about May 11, 2020, Plaintiff and Defendants entered into a written contract titled Epic Project Services Agreement and an addendum entitled Addendum to the Service Agreement, whereby Plaintiff agreed, *inter alia*, to provide Defendants with staffing services (collectively, the "Agreement"). A true and correct copy is attached as Ex. A.

20.     In consideration, Defendants agreed to pay Plaintiff fees for staffing services, as such obligation is described in the Agreement.

21.     Plaintiff fully performed its obligations and, *inter alia*, supplied Defendants with personnel for use in Defendants' business.

22.     Net of some payments, Defendants failed to pay the balance of Plaintiff's invoices as they became due.

23.     Plaintiff conferred a benefit upon Defendants by supplying Defendants with personnel, *inter alia*, for the benefit of Defendants' business. However, Defendants failed to make payment pursuant to the Agreement.

24.     Beginning on or around May 16, 2020, Plaintiff sent Defendants weekly invoices for services rendered, through December 25, 2021.

25.     From June 18, 2020 through December 17, 2021, Defendants made payments to Plaintiff on a periodic and irregular basis.

26.     However, as of January 12, 2022, Defendants owe a principal balance of $1,583,273.60. A true and correct statement of account is attached as Ex. B.

27.     Nearly the entirety of the balance is more than 30 days past due.

28.     The Agreement provides that invoices submitted are fully payable unless disputed by Defendants, with written notice to Plaintiff, within the payment terms on the invoice, which is 30 days.

29.     Defendants failed to submit a timely written dispute of any invoice.

30.     Plaintiff rendered to Defendant statements of account, retained by Defendants for a reasonable time without objection, which constituted an acknowledgment and recognition of the correctness of the account.

31.     The Agreement provides for a late fee of 1.5% per month for any undisputed invoice.  All the invoices are undisputed.

32.     The Agreement further provides that in the event Plaintiff uses a collections services company to obtain payment on balances past due on Defendants' account, Plaintiff reserves the right to add the costs of any and all related legal and collection service fees to the outstanding balance owed. Plaintiff has retained counsel and agreed to pay its counsel reasonable attorneys' fee, and this arrangement qualifies as legal and collection service fees payable by Defendants to Plaintiff pursuant to the Agreement.

33.     The Agreement is a contract between Plaintiff and "Client." The Agreement's first paragraph defines "Client" as collectively, "Novo Health, LLC, a Wisconsin limited liability company, including its subsidiaries, divisions, and affiliates ('Client')."

34.     All Defendants are subsidiaries, divisions and/or affiliates of Novo Health, LLC.

35.     In addition to the affiliation among all the Defendants, liability for all Defendants is established through piercing of the corporate veil, and as applicable, alter ego liability.

36.    All allegations pled against Defendants are pled against each and every Defendant, jointly and severally.

37.    The corporate form of each Defendant Company should be disregarded and liability under the parties' Agreement should be imposed on all Defendants through veil-piercing and alter ego liability.

38.    Defendant Kubiak is the CEO and person-in-charge of all Defendant Companies. Personal liability for Defendant Kubiak is established as he is an affiliate of the Defendant Companies and through veil-piercing and alter ego liability.

39.    There is a sufficient unity of interest and ownership among the Defendants such that the separate personalities of the corporations and the parties who compose them no longer exist.

40.    The companies operate from the same physical addresses, the companies share ownership, management, personnel and business operations. Defendants operate collectively as an amalgamated and unified enterprise.

41.    Defendants have failed to maintain arm's length transactions. The entities are so inextricably linked such that they cannot be considered separate entities.

42.    The circumstances here are such that adherence to the fiction of holding separate corporate forms would promote injustice or inequitable circumstances.

43.    Defendants utilized the services of human labor while failing to pay for the services of those persons.

44.    Defendants repeatedly promised to pay their debts to Plaintiff but failed to pay.

45.    It is in the public interest that creditors be paid and that workers be compensated for their labor, particularly by an enterprise involved in providing health care services.

46.     All Defendants should be held liable for paying Plaintiff in full.

## COUNT ONE – BREACH OF CONTRACT

### (Against all Defendants)

47.     Plaintiff incorporates by reference the allegations contained in Paragraphs 1-46 as if fully set out herein.

48.     Plaintiff and Defendants entered into a valid and enforceable written contract, to wit, the Agreement.

49.     Plaintiff performed its obligations under the Agreement.

50.     Defendants breached the Agreement by, *inter alia*, failing to pay Plaintiff for the personnel that Plaintiff provided.

51.     The Agreement provides that Defendants owe a late fee of 1.5% per month on invoices that are not paid within 60 days of Defendants' receipt of the invoice.

52.     After accounting for partial payments, but before calculating contract-based late fees, costs, and attorneys' fees, Plaintiff sustained principal damages of $1,583,273.60.

53.     The Agreement provides that if Plaintiff uses an attorney or collections company to obtain payment on past due invoices, Defendants will owe Plaintiff its costs and attorneys' fees incurred in collecting the outstanding balance owed.

54.     Accordingly, Defendants owe Plaintiff reimbursement of its late fees, costs, and reasonable attorneys' fees.

## COUNT TWO – UNJUST ENRICHMENT / QUANTUM MERUIT

### (Against all Defendants)

55.     Plaintiff incorporates by reference the allegations contained in Paragraphs 1-46 as if fully set out herein.

56.     Count Two is hereby pled in the alternative to Count One.

57.     At all relevant times herein, Plaintiff conferred a benefit or benefits to Defendants.

58.     Defendants had knowledge of the benefit or benefits that Plaintiff conferred.

59.     Defendants voluntarily accepted, retained, appreciated and received the benefit or benefits that Plaintiff provided to Defendants, at the expense of Plaintiff.

60.     Defendants were enriched by the benefit or benefits provided by Plaintiff.

61.     Defendants unjustly retained a benefit to Plaintiff's detriment.

62.     Defendants' retention of the benefit violates the fundamental principles of justice, equity and good conscience.

63.     Despite the receipt of such enrichments, Defendants refused to compensate Plaintiff for the unjust enrichment of $1,583,273.60.

## COUNT THREE – ACTION FOR ACCOUNT STATED

### (Against all Defendants)

64.     Plaintiff incorporates by reference the allegations contained in Paragraphs 1-46 as if fully set out herein.

65.     Count Three is hereby pled in the alternative to Count One and Count Two.

66.     Throughout the relationship between the parties, Plaintiff has rendered invoices constituting statements of account for amounts owed by Defendants in exchange for services furnished by Plaintiff.

67.     During this time, Defendants have retained the aforementioned invoices for a substantial period of time without objection.

68.     Defendants have recognized and acknowledged the correctness of the account, as reflected in the invoices submitted by Plaintiff, without contesting same.

69.     Defendants have promised to pay the outstanding balance due and owing to Plaintiff.

70.     Defendants' failure to object to the invoices from Plaintiff constitutes an acceptance of the amounts due and owing as reflected in the aforementioned invoices.

71.     Defendants have failed to make payments to Plaintiff who, as a result, has sustained damages in the principal amount of $1,583,273.60.

**WHEREFORE**, Plaintiff prays that this Court enter judgment in its favor and against Defendants, jointly and severally, as follows:

A.     Principal damages of 1,583,273.60;

B.     Contract-based late fees;

C.     Contract-based attorneys' fees;

D.     Prejudgment interest;

E.     Costs of collection; and,

F.     Such other and further relief as this Court deems just and proper.

Respectfully submitted,

CHASE LAW & ASSOCIATES, P.A.

By:     */s/ Kenneth E. Chase*
        Kenneth E. Chase
        Chase Law & Associates, P.A.
        1141 71st Street
        Miami Beach, FL 33141
        Tel: (305) 402-9800
        Fax: (305) 402-2725
        Email: kchase@chaselaw.com

10

# EXHIBIT A




**EPIC PROJECT SERVICES AGREEMENT**

This agreement for Epic project services (the "Agreement") is entered into as of the last date executed by the parties (the "Effective Date") by and between NOVO Health, LLC., a Wisconsin limited liability company, including its subsidiaries, divisions, and affiliates ("Client"), and Medix Staffing Solutions, Inc., an Illinois corporation, together with its division, Alidade Group ("Medix"), pursuant to the provisions of this Agreement.

**Recitals**

WHEREAS, Medix is a staffing company that places (1) Medix job candidates for employment ("Candidates") and/or (2) Medix employees for assignment ("Contractors"), with its clients.

WHEREAS, "staffing services" shall consist of Medix (itself or a subcontractor), at Client request, placing Candidates or Contractors with Client, and may include, but not be limited to, the following placement types: a temporary Contractor; the conversion of a Contractor to an employee of Client; the payrolling of a Contractor; an independent contractor; or the direct hire of a Candidate by Client.

WHEREAS, Client desires to engage Medix for staffing services.

THEREFORE, the parties agree:

**Agreement**

<u>Medix Responsibilities</u>: With respect to all Epic project services provided by Medix to Client, Medix is an independent entity. Medix will maintain direct responsibility as employer for payment of wages and other compensations to Contractors, and for payment of any applicable mandatory withholdings and contributions such as federal, state, and local income taxes, social security taxes, federally mandated health insurance, worker's compensation insurance, and unemployment insurance.

<u>Fees</u>: Medix will charge Client an hourly bill rate for the time worked by each Contractor. Unless otherwise agreed by the parties, a Medix timesheet shall be the official time record of a Contractor. Fees billed by Medix to Client shall be supported by a timesheet approved by Client. In the form of a written or electronic invoice, Medix will bill Client for, and Client agrees to pay, fees for services rendered. Contractor fees shall be billed weekly upon commencement of a Client assignment. Any fees for conversions or liquidated damages shall be billed lump sum upon commencement of employment with Client. Invoices submitted by Medix to Client are presumed to be accurate and fully payable unless disputed by Client, with written notice to Medix, within the payment terms of the invoice. Medix will charge Client time and one-half (1.5) the bill rate for overtime and holidays, when required by law. Should a Contractor's assignment with the Client end within the first sixteen (16) hours of such assignment Medix will waive the charge for that period of time.

<u>Payment</u>: Client shall remit payments of invoices to Medix Staffing Solutions, Inc., 7839 Solution Center, Chicago, IL 60677-7008. Payment on invoices for any and all staffing services is due Net 30 from the date of the invoice. Medix reserves the right to apply a late charge of 1.50% per month on the amount of the past due balance for invoices that are not paid within 60 days of the Client's receipt of the invoice. If Client's account is past due and Medix has notified Client of the past due balance, Medix may, without any further notice to Client, immediately cease delivery of any and all staffing services to Client without any duty to reimburse, indemnify, defend or hold harmless Client for costs related to the disruption, including, but not limited to, lost profits, payroll liabilities or any other expenses. In the event Medix uses a collections services company in order to obtain payment on outstanding balances past due on Client's account, Medix reserves the right to add the costs of any and all related legal and collection service fees to the outstanding balance owed.

<u>Temporary-to-Permanent Conversion</u>: With its temporary-to-permanent conversion program, Medix provides Client with a method by which to hire a Contractor after a certain period of work time at no additional charge. Should Client elect to hire a Contractor prior to the expiration of such time period, the conversion fee schedule will apply. The conversion fee is calculated as a percentage of the Contractor's first year base salary as an employee of Client. The percentage applied is contingent upon the number of accumulated work hours logged by a Contractor on assignment with Client. An invoice shall be issued to Client in the amount of the conversion fee as stated below.

<u>Information Technology (non-Epic positions)</u>:

<u>Accumulated Work Hours</u>                                          <u>Temp-to-Perm Conversion Fee</u>

| | |
|---|---|
| 0-256 Work Hours | 25% of first year annualized salary |
| 257-464 Work Hours | 20% of first year annualized salary |
| 465-672 Work Hours | 15% of first year annualized salary |
| 673-880 Work Hours | 10% of first year annualized salary |
| 881-1,040 Work Hours | 5% of first year annualized salary |
| 1,041+ Work Hours | Fee Waived |

Client agrees that, as a requirement to convert a Contractor from temporary to permanent, Client's account must have no balances outstanding beyond the net payment terms specified in this agreement. If Client has any outstanding balance on their account with Medix, Client must obtain written approval from Medix's Director of Finance prior to converting a Contractor. Requests for approval from Medix's Director of Finance can be sent to legal@medixteam.com.

Direct Hire. Through its direct hire program, Medix will, upon Client request, submit Candidates for employment with Client in consideration for a placement fee earned upon commencement of employment (the "Direct Hire Fee"). For each Candidate placed with Client, Medix will earn the Direct Hire Fee, billed and payable according to the Agreement. The Direct Hire Fee will be 25% of the Candidate's first year compensation with Client. Should the Candidate's employment with Client end due to resignation or involuntary termination resulting from misconduct or poor work performance within thirty (30) days of commencement, Medix will replace the Candidate at no additional charge, provided that Client gives Medix notice within fifteen (15) days after the Candidate's termination. Notices of Candidate Terminations are to be sent to Medix Staffing Solutions, Inc., 222 S. Riverside Plaza, Suite 2120, Chicago, IL 60606, Attn: Billing or billing@medixteam.com.

Expense Reimbursements: Except as otherwise stated herein or in any Addendum or Statement of Work, Client agrees to reimburse Medix for reasonable, verified expenses incurred by Medix's Contractor during Contractor's assignment with Client. Reimbursable expenses shall include travel expenses, including hotels/lodging, meals, airfare, bus/train/subway, cab fare, rental car, and mileage (billed at the current IRS mileage rate). Expenses shall be billed at no mark-up to Client. Medix shall provide receipts and/or other proof of expenses to Client for reimbursable expenses.

Covenant: Medix is not an employment agency, and therefore does not charge Candidates or Contractors for services rendered in facilitating employment. The staffing services Medix provides to Client are done so at great expense to Medix. Information, including but not limited to resumes or profiles submitted by Medix to Client, about a Candidate or Contractor, is confidential and for Client use only. Client agrees that Medix is the representative of all Contractors and of all Candidates for which information is submitted to Client. Accordingly, Client agrees that if a Candidate or Contractor is hired either directly or indirectly by Client or an affiliate, subsidiary, or parent of Client within one year of Client's receipt of a Contractor's or a Candidate's profile, or of a Contractor's last date of employment, without payment of due compensation to Medix according to this Agreement, Client will pay Medix, as liquidated damages, an amount equal to 50% of the Candidate's or Contractor's first year compensation for Epic and AlidadeDirect positions and 30% for all other positions. Client further agrees that liquidated damages may not be sufficient to protect and/or restore Medix in the event that a Client hires a Candidate or Contractor without Medix's approval and that, if Client's account has any balances outstanding beyond the payment terms set forth in this Agreement, Medix shall have the right to seek an injunction to prevent Client from hiring a Candidate or Contractor until Client's account is paid in full. Client agrees that, as a requirement to convert a Contractor from temporary to permanent, Client's account must have no balances outstanding beyond the net payment terms specified in this agreement. If Client has any outstanding balance on their account with Medix, Client must obtain written approval from Medix's Director of Finance prior to converting a Contractor. Requests for approval from Medix's Director of Finance can be sent to legal@medixteam.com.

Warranty: Medix warrants that it will perform the services in a professional and workmanlike manner, commensurate with the industry standard. Medix does not warrant or guarantee that a Contractor or Candidate will produce any particular result or any solution to Client's particular needs. Accordingly, Client acknowledges and agrees that Medix is not responsible for any aspect of a Contractor's or Candidate's work, including, without limitation, meeting deadlines or producing any particular work product. Client will maintain full authority and responsibility for supervising, directing and controlling Contractor's and Candidate's work.

Limitation of Liability: Medix shall not be liable (i) for any claims, costs, expenses, damages, obligations or losses of Client or any third party arising from, or in connection with, the acts or omissions of any Contractor, or (ii) for any indirect, special or consequential damages to Client or any third party, including, but not limited to, loss of profits, interest, earnings or use, whether arising in contract, tort or otherwise.

Background Checks: Medix will perform standard background checks for each Contractor prior to the start of the Contractor's assignment. Medix's background checks include verification of eligibility status, reference checks, professional license verifications (if applicable), criminal background checks, drug screens, and health screens (if applicable). The specific background checks, drug screens, and health screens to be performed are dependent on the details of the position worked for each Contractor and are listed below.

    Standard (non-Clinical/Direct Patient Care) Positions: Medix will perform a criminal background check (includes a seven-year multi-state criminal database search, a seven-year county criminal database search and a social security number trace) and a ten-panel drug screen (for Amphetamines, Barbiturates, Benzodiazepines, Cocaine Metabolites,

Doc ID: 7b236bd7dbcd826a19bf29d0cf6bad1a3b64e7da

Marijuana Metabolites, Methadone, Methaqualone, Opiates, Phencyclidine, and Propoxyphene). For standard positions in a healthcare facility or hospital, Medix will also run a FACIS (Fraud and Abuse Control Information Systems) Level 3 search.

Clinical/Direct Patient Care Positions: Medix will perform a criminal background check (includes a seven-year multi-state criminal database search, a seven-year county criminal database search, a social security number trace, and a FACIS (Fraud and Abuse Control Information Systems) Level 3 search), a ten-panel drug screen (for Amphetamines, Barbiturates, Benzodiazepines, Cocaine Metabolites, Marijuana Metabolites, Methadone, Methaqualone, Opiates, Phencyclidine, and Propoxyphene) and health screens (proof of or vaccination/declination of: TB (Tuberculosis – using TB Skin Test), Hepatitis B, Influenza, MMR (mumps, measles, and rubella), Varicella, and TDAP (tetanus, diphtheria, and pertussis)).

Subject to obtaining a signed release from Contractor, Medix will, upon Client request, provide Client with the results of a Contractor's background check. Client agrees to use the results of any background check sent by Medix for employment purposes only and to hold the information obtained in the strictest confidence. Client agrees that the standard background checks detailed in this section are sufficient and will not hold Medix accountable for failure to run any additional or alternate background checks.

Affordable Care Act: Medix charges an amount equal to 3.25% of the bill rate to cover the cost of providing insurance under the Patient Protection and Affordable Care Act (ACA). This cost shall be listed as a separate line item on any invoices for temporary services that Client receives from Medix. Medix further reserves the right to increase the bill rates charged to Client for temporary staffing services due to any additional increases in the cost of doing business caused by changes in federal or state legislation and/or regulations, including, but not limited to, changes to state unemployment tax (SUTA), federal unemployment tax (FUTA), and state and/or federal healthcare reform laws. Medix will provide Client with a thirty (30) day written notice of the bill rate increases.

Termination: Either party, upon thirty (30) days prior written notice to the other, may terminate this Agreement without cause. All rights and duties of the parties that accrued prior to the termination of the Agreement shall survive the termination.

Notices: Any notice given under this Agreement shall be in writing and delivered personally, sent overnight by a nationally recognized carrier with a tracking number, or sent by mail, certified, postage prepaid with return receipt requested. In each case, notices shall be delivered or sent to the parties at the following addresses:

If to Client:
NOVO Health, LLC
1716 Lawrence Drive
De Pere, WI 54115
Attn: Legal

If to Medix:
Medix Staffing Solutions, Inc.
222 S. Riverside Plaza
Suite 2120
Chicago, IL 60606
Attn: Legal

Entire Agreement: This Agreement, with applicable Addendum and Exhibit(s), constitutes the entire agreement between the parties, and there are no representations, warranties, covenants, or obligations except as set forth in this Agreement. This Agreement supersedes all prior and contemporaneous agreements, understandings, negotiations, and discussions, written or oral, of the parties relating to any transaction contemplated by the parties to this Agreement.

Amendments and Modifications: The Agreement may be amended, waived, changed, modified, or discharged only by an agreement in writing signed by all parties to this Agreement.

Assignment: Except as otherwise provided in this Agreement, neither party shall assign any of its rights or delegate any of its duties under this Agreement without the prior written consent of the other party unless the assignee is an affiliate or subsidiary under the control of the assignor ("control" shall mean over 50% ownership by assignor of the affiliate or subsidiary).

Governing Law and Jurisdiction: The laws of the State of Illinois shall govern the validity and construction of this Agreement and any dispute arising out of or relating to this Agreement, without regard to the principles of conflict of laws. Each party hereby submits to the jurisdiction of the Federal Court System or State Court System for Illinois in any legal proceeding instituted by either party arising out of or relating to this Agreement.

Waiver: Failure to insist upon strict compliance with any of the terms, covenants, or conditions of this Agreement shall not be deemed a waiver of such term, covenant or condition or of any other term, covenant, or condition. Any waiver or relinquishment of any right or power in this Agreement at any one or more times shall not be deemed a waiver or relinquishment of that right or power at any other time.

Remedies: The remedies set forth in this Agreement are cumulative and are in addition to any other remedies allowed at law or in equity. Resort to one form of remedy shall not constitute a waiver of alternate remedies.

Settlements:  In the event of any financial disputes between Client and Medix, all financial settlements between the parties must be agreed to and approved in writing by Medix's Director of Finance in order to be binding upon Medix.

Severability:  A ruling by any court that one or more of the provisions contained in this Agreement is invalid, illegal or unenforceable in any respect shall not affect the validity, legality or enforceability of any other provision of this Agreement. Thereafter, this Agreement shall be construed as if the invalid, illegal, or unenforceable provision had been amended to a form originally contemplated by the parties to this Agreement to the greatest extent possible.

Headings:  The section and subsection headings of each provision in this Agreement have been included for convenience only, are not part of this Agreement, and shall not be taken as an interpretation of any provision of this Agreement.

Attorneys' Fees:  If any action at law or in equity is brought to enforce or to interpret the provisions of this Agreement, each party shall be responsible for paying its own attorney's fees, without duty to indemnify, defend or hold harmless the other party.

Counterparts:  This Agreement may be executed simultaneously in two or more counterparts, each of which shall be deemed an original.

CLIENT

Signature:  *Curt Kubiak*

Printed Name:  Curt Kubiak

Title:  CEO

Date:  05 / 11 / 2020

MEDIX

Signature:

Printed Name:  Eric Born

Title:  Director

Date:  05 / 11 / 2020

Doc ID: 7b236bd7dbcd826a19bf29d0cf6bad1a3b64e7da



## ADDENDUM TO THE TO SERVICE AGREEMENT

### AlidadeDirect

Medix Staffing Solutions, Inc., including its Alidade Group division ("Medix") and NOVO Health, LLC ("Client") (individually a "party" or collectively the "parties") entered into a Service Agreement as of  05 / 11 / 2020  for the provision of staffing services (the "Agreement").  The parties wish to execute this addendum in order to include terms and conditions for AlidadeDirect Epic training and assignment opportunities with Client ("Addendum").  In the event of any conflict between the terms in this Addendum and the terms in the Service Agreement, the terms in the Addendum shall apply.  The effective date of this Addendum shall be the same as the effective date of the Service Agreement between Client and Medix.

### Recitals

WHEREAS, Client is a healthcare organization in the process of implementing an Epic Systems Corporation ("Epic") healthcare software system and requires qualified and Epic-certified personnel to help carry out the transition.

WHEREAS, Client desires to engage Medix for staffing services to assist in its transition to an Epic healthcare software system.

WHEREAS, Medix agrees to provide Client with qualified Medix employees ("Contractors") for Client's Epic software transition project.

THEREFORE, the parties agree:

### Terms

Medix's Duties:  Medix, upon Client request, will provide Client with Contractors to perform various tasks related to Client's implementation and/or use of Epic resources.  The number of Contractors for each position and the total number of Contractors required for Client's project will be covered in written Statements of Work signed by both parties.  A Statement of Work will be provided for each Contractor assignment under this Agreement and Addendum.  The Statement of Work will be similar in format to Exhibit A to this Addendum.  All services performed under this Addendum and applicable Statements of Work will be subject to the Terms and Conditions set forth in the Agreement.

Approval and Type of Contractors:  Client will give their approval for each Contractor prior to the start of each Contractor's training (for AlidadeDirect Contractors) or assignment (for Pre-Certified Contractors).  Client's signature on a Statement of Work will function as evidence of Client's approval of the Contractors listed therein.  Client may accept or reject, at its discretion, any Contractor proposed by Medix, and agrees not to unreasonably delay or withhold its decision regarding the approval or rejection of Contractors.  Medix may also, at Client's request, place Contractors who have obtained Epic certification prior to their assignments with Client ("Pre-Certified Contractors").  For Pre-Certified Contractors, the terms contained in the Training and Advance Bill sections above shall not apply.

AlidadeDirect Training:  Candidates provided by Alidade and approved by Client as AlidadeDirect Contractors shall each be required to take Epic's training program at Epic's headquarters in Verona, Wisconsin, and to each obtain a certification through the Epic training program as an Epic Builder.  The training for each AlidadeDirect Contractor shall only be for one Epic certification, unless otherwise requested by Client and agreed to in writing by Client and Alidade.  In the event that Client requests multiple Epic certifications for AlidadeDirect Contractor(s), Alidade may increase AlidadeDirect Contractor bill rates, apply additional retainer fees, or otherwise bill Client for the additional certifications and associated training.  Alidade shall pay the associated costs of the Epic training program(s), including the cost of the program, room/board, travel, and related expenses.

Assignment Bill Rates:  Medix will bill and Client agrees to pay the bill rates listed for the positions for Contractors while on assignment.  The bill rates below will go into effect for each hour worked per Contractor on assignment.  The Assignment Bill Rate column lists the bill rates that will be billed for each hour worked per Contractor on assignment after the initial six (6) week training period, for AlidadeDirect Contractors, and upon start date for Pre-Certified Contractors:

**AlidadeDirect Contractors**

Epic Application Analyst                            Assignment Bill Rate

Doc ID: 7b236bd7dbcd826a19bf29d0cf6bad1a3b64e7da

Analyst 1                                    $77.00 per hour

Pre-Certified Contractors.  Rates will be determined on a case-by-case basis. See Addendum Exhibit B - Epic Rate Card.

Overtime:  Medix will charge Client 1.50 times the bill rate for overtime and holidays worked by Contractors on assignment or in training when Medix is required by law to pay a Contractor an overtime pay rate.

Temporary to Permanent Conversion:

> AlidadeDirect Contractors:  Medix offers Client the ability to hire a AlidadeDirect Contractors at no additional charge after the Contractor has accumulated 1,560 Work Hours while on assignment.  Client understands and agrees not to hire an AlidadeDirect Contractor prior to 1,560 hours worked on assignment by the Contractor.  Work Hours for conversion purposes do not include the initial six (6) weeks of training for an AlidadeDirect Contractor.

> Pre-Certified Contractors:  Medix offers Client the ability to hire Pre-Certified Contractors prior to the Contractor reaching 2,000 Work Hours according to the following schedule and fees:

| Accumulated Work Hours | Temp-to-Perm Conversion Fee |
|---|---|
| 0-800 Work Hours | 30% of first year annualized salary |
| 801-1,220 Work Hours | 25% of first year annualized salary |
| 1,221-1,540 Work Hours | 20% of first year annualized salary |
| 1,541-1,770 Work Hours | 15% of first year annualized salary |
| 1,771-2,000 Work Hours | 8% of first year annualized salary |
| 2,001+ Work Hours | Fee Waived |

 Extended Guarantee.  Upon the Effective Date, Medix hereby offers Client a guarantee, in the form of a credit described below, on any AlidadeDirect Contractor position placed by Medix. Should the Contractor's employment with Client end due to resignation or involuntary termination resulting from misconduct or poor work performance within the max amount of hours in the conversion terms, as set forth in the Addendum the Agreement, or 1,040 Work Hours on assignment, whichever occurs sooner, Medix will provide a credit towards future amounts owed by Client in the amount of the Partnership Fee (as defined below), provided that Client gives Medix notice within fifteen (15) days after the Contractor's termination.  The credit must be used within twenty-four (24) months.  For the purposes of this Addendum, the term "Partnership Fee"  means the amount paid by Client in excess of the Contractor's listed pay rate multiplied by 1.2.

For example:

1)   If Contractor worked 200 hours at a pay rate of $20.00 per hour and a bill rate of $35.00, Medix would have billed Client $7,000.00 and Medix would have paid the Contractor $4,000.  If the Contractor resigned at 200 hours, Client would be entitled to a $2,200 credit on future billings. $7,000.00 - ($4,000.00 x 1.2) = $7,000.00 - $4,800.00 = $2,200.00.
2)   If a Contractor must work 720 Hours before he/she could be converted for No Fee, and is terminated at 750 Hours, Client is not entitled to any refund or credit and the Guarantee will not apply.
3)   If Client converts a Contractor who has completed 400 of 720 Work Hours on assignment for a 15% fee, and Contractor fails to successfully meet 720 Work Hours total on assignment with Client, Client is entitled to: the Partnership Fee credit for the 400 hours worked on assignment and the conversion fee credit Client paid to Medix.  For clarity, the Guarantee will last until the max number of hours in the conversion table (not to exceed 1,040 hours for any assignment).  In this example, Client has 320 remaining hours on the Guarantee after Contractor is converted.  Should a Contractor who is converted at 400 hours on a maximum conversion scale of 720 Work Hours work beyond 720 total work hours from the initial date of assignment, the Guarantee has been met and Client will not be entitled to any credit.

- Credits only apply to future amounts and Client's account must be current with no outstanding balance due.

In order for a position to qualify for the Extended Guarantee and remain valid, the following conditions must be met:

(1) It must be for an Alidade position.
(2) The Guarantee will not last longer than the max amount of hours in the applicable conversion table for the type of position listed in the Agreement or 1,040 work hours on assignment, whichever occurs sooner.
(3) The termination of the Contractor assignment must be due to resignation or involuntary termination resulting from documented poor work performance or misconduct.  Termination for business disruption, lack of budget, or downsizing will not be acceptable.
(4) The "Contractor Ownership" period in the Agreement must remain at twelve (12) months (discussed in the Covenant section of the Agreement).
(5) Client's account must be current and within net payment terms at the time of the credit.

Doc ID: 7b236bd7dbcd826a19bf29d0cf6bad1a3b64e7da

CLIENT AND MEDIX AGREE TO BE BOUND BY THE TERMS HEREIN, effective upon the signatures of their designated representatives below.

CLIENT

Signature: *Curt Kubiak*

Printed Name: Curt Kubiak

Title: CEO

Date: 05 / 11 / 2020

MEDIX

Signature:

Printed Name: Eric Born

Title: Director

Date: 05 / 11 / 2020

Page 7 of 11

Doc ID: 7b236bd7dbcd826a19bf29d0cf6bad1a3b64e7da

**ADDENDUM EXHIBIT A – SAMPLE STATEMENT OF WORK**
**(Not to be executed at this time)**

**STATEMENT OF WORK**

*CLIENT NAME* ("Client") and Medix Staffing Solutions, Inc., through its Alidade Group division ("Medix") entered into an agreement for staffing services as of the **(TH/ST)** day of **(Month) (Year)** (the "Agreement"). The terms of the Agreement, Addendum, and any Exhibits govern this Statement of Work. The purpose of the Statement of Work is to specify certain aspects of a Contractor assignment. Therefore, Client and Medix agree:

| **Contractor** | **Position** | **Start Date** | **Bill Rate** | **OT Bill Rate (if applicable)** |
|---|---|---|---|---|
| *Contractor Name* | *Position Title* | *Start Date* | *Bill Rate* | *OT Bill Rate* |

Expenses: Will be billed at cost in accordance with the terms in the Agreement.

The effective date of this Statement of Work shall be the **(Day)** of **(Month) (Year).**

CLIENT                                               MEDIX

Signature:        XXXXXXX                Signature:        XXXXXXX

Printed Name:_____    Printed Name:_____

Title:_____    Title:_____

Date:_____    Date:_____

Doc ID: 7b236bd7dbcd826a19bf29d0cf6bad1a3b64e7da

**ADDENDUM EXHIBIT B - EPIC RATE CARD**

## NOVO Health / Alidade Group Staffing Costs

| Epic Recommended Minus 3 Managers | Per Epic Staffing Plan | | AlidadeDirect Hours (1560) | | | Consultant Hours (1560) | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Roles - Implementation | Roles - Long-Term Support | AlidadeDirect | AlidadeDirect Hourly Cost | AlidadeDirect Total | Consultant | Consultant Hourly Cost | Consultant Total | Total |
| Engagement Advisor | 0.25 | | | | $0 | 0.25 | $200.00 | $78,000 | $78,000 |
| Internal Project Advisor | 0.1 | | | | $0 | 0.1 | $0.00 | $0 | $0 |
| Project Director (Existing NOVO Health Employee - Sandi) | 1 | 1 | | | $0 | | | $0 | $0 |
| Project Manager (Existing NOVO Health Employee - Mandi) | 1 | 1 | | | $0 | | | $0 | $0 |
| Project Director (Co-leadership Model) | 1 | | | | $0 | 1 | $185.00 | $288,600 | $288,600 |
| Technical Manager | 1 | 1 | 1 | $95.00 | $148,200 | | | $0 | $148,200 |
| Clinical Advisor | 1 | | | | $0 | 0 | $165.00 | $0 | $0 |
| Revenue Cycle Advisor | 1 | | | | $0 | 0 | $165.00 | $0 | $0 |
| Training Manager | 1 | | | | $0 | 1 | $165.00 | $257,400 | $257,400 |
| Physician Champion (Provided by Member Organizations) | 0.75 | 0.75 | | | $0 | | | $0 | $0 |
| Ambulatory Analyst | 3 | 3 | 3 | $77.00 | $360,360 | | | $0 | $360,360 |
| Ambulatory Principal Trainer | 1 | 0.5 | 1 | $77.00 | $120,120 | | | $0 | $120,120 |
| Healthy Planet Analyst | 1 | 1 | 0 | $77.00 | $0 | | | $0 | $0 |
| OpTime Analyst | 2 | 1.5 | 1 | $77.00 | $120,120 | | | $0 | $120,120 |
| Anesthesia Analyst | 1 | 1 | 1 | $77.00 | $120,120 | | | $0 | $120,120 |
| OpTime Principal Trainer | 1 | 0.5 | | | $0 | 1 | $130.00 | $202,800 | $202,800 |
| Cadence Analyst | 2 | 2 | 2 | $77.00 | $240,240 | | | $0 | $240,240 |
| Cadence Principal Trainer | 1 | 0 | | | $0 | 1 | $130.00 | $202,800 | $202,800 |
| Resolute Professional Billing | 2 | 2 | 2 | $77.00 | $240,240 | | | $0 | $240,240 |
| Resolute PB Principal Trainer | 1 | 1 | 1 | $77.00 | $120,120 | | | $0 | $120,120 |
| Resolute Professional Billing Claims Analyst | 0.5 | 0.5 | | | $0 | 1 | $135.00 | $210,600 | $210,600 |
| Cogito Project Manager | 0.5 | 0.5 | 1 | $77.00 | $120,120 | | | $0 | $120,120 |
| Business Intelligence Developers | 1.5 | 1.5 | 1 | $77.00 | $120,120 | | | $0 | $120,120 |
| Security (User Access) & Providers (SER) Coordinator | 1 | 1 | 0 | $77.00 | $0 | | | $0 | $0 |
| Interface (Bridges) Analyst | 3 | 2 | 2 | $77.00 | $240,240 | 1 | $140.00 | $218,400 | $458,640 |
| Conversion Analyst | 2 | | | | | 2 | $140.00 | $436,800 | $436,800 |
| Radiant Analyst | 3 | 2 | 2 | $77.00 | $240,240 | 1 | $140.00 | $218,400 | $458,640 |
| Radiant Principal Trainer | 1 | 1 | 1 | $77.00 | $120,120 | | | $0 | $120,120 |
| Totals | 35.6 | 24.75 | 19 | | $2,310,360 | 9.35 | | $2,113,800 | $4,424,160 |

Doc ID: 7b236bd7dbcd826a19bf29d0cf6bad1a3b64e7da



**Statement of Work #1**

This Statement of Work #1 (the "SOW") is entered into as of May 1, 2020 (the "Effective Date") by and between NOVO Health ("Client"), and Alidade Group, a division of Medix Staffing Solutions, Inc., ("Medix") (each a "party" or collectively "the parties").

**Recitals**

**WHEREAS**, Client and Medix entered into a Staffing Services Agreement as of the 05 / 11 / 2020        (the "Agreement"), the terms of which are hereby incorporated by reference;

**WHEREAS**, Client requests and Medix agrees to provide a Consultant to perform services for Client in accordance with the below specifications; and

**NOW THEREFORE**, in consideration of the promises and mutual covenants set forth or referenced herein, and for other good and valuable consideration, the parties agree to the following terms and conditions:

**Terms**

| Consultant | Position | Start Date | Bill Rate |
|---|---|---|---|
| Al Fisher | Epic Project Director (Co-lead) | May 1, 2020 | $200.00 |

**Description of Services**:

NOVO Health would like to engage Alidade Group to assist with strategic planning and pre-implementation preparations in advance of the Epic implementation (tentatively) scheduled to begin with training on July 7, 2020.

| Planning | Summary |
|---|---|
| **Pre-Implementation Planning** | Assist with pre-implementation strategic planning including: <br> • Governance structure <br> • Communication plan <br> • Project team composition and onboarding <br> • Kick-off planning |
| **Rollout Sequencing** | Planning for multiple waves of go-live: <br> • Advise on Epic considerations when determining application mix, timelines and sequencing for future rollout waves. <br> • Provide input on project timeline implications for inclusion of additional modules. <br> • Integrate details of 2nd wave rollout into high-level project plans. |
| **Technical Planning** | Provide guidance on technical aspects of the implementation in advance of the project: <br> • Third party contracting preparation <br> • Integration Planning <br> • Interface Mapping |

**Consultant Availability:** Consultant will be available remotely for approximately five hours a week beginning May 1, 2020. Additional hours will be available upon request by NOVO Health, contingent upon consultant availability.

**Estimated Cost:**

| Month | Hours | Rate | Estimated Total |
|---|---|---|---|
| **May 2020** | 20 | $200/hr | $4,000 |
| **June 2020** | 20 | $200/hr | $4,000 |
| **July 2020** | 20 | $200/hr | $4,000 |
| Total | 60 | | $12,000 |

<u>Hours:</u> Hours listed above are estimates only. Actual hours worked will be billed at the agreed rate of $200.00 per hour. Conversion to full time hours is anticipated to occur in July or August at a full time rate of $185/hr.

<u>Expenses:</u> Will be billed at reasonable and actual cost.

The effective date of this Statement of Work shall be May 1, 2020.

CLIENT
Signature: *Curt Kubiak*

Printed Name: Curt Kubiak

Title: CEO

Date: 05 / 11 / 2020

MEDIX
Signature: _____

Printed Name: Eric Born

Title: Director

Date: 05 / 11 / 2020

Doc ID: 7b236bd7dbcd826a19bf29d0cf6bad1a3b64e7da

 **HELLOSIGN**

Audit Trail

| | |
|---|---|
| **TITLE** | NOVO - Alidade/Medix MSA & SOW1 200507 |
| **FILE NAME** | NOVO Health -Alid... and SOW#1 200507 |
| **DOCUMENT ID** | 7b236bd7dbcd826a19bf29d0cf6bad1a3b64e7da |
| **AUDIT TRAIL DATE FORMAT** | MM / DD / YYYY |
| **STATUS** | ● Completed |

## Document History

**SENT**
**05 / 07 / 2020**
11:45:31 UTC

Sent for signature to Curt Kubiak
(curt.kubiak@novohealth.com) and Eric Born
(eborn@alidadegroup.com) from john.mcguire@medixteam.com
IP: 38.32.141.211

**VIEWED**
**05 / 07 / 2020**
11:45:48 UTC

Viewed by Curt Kubiak (curt.kubiak@novohealth.com)
IP: 209.222.82.228

**VIEWED**
**05 / 11 / 2020**
14:18:38 UTC

Viewed by Eric Born (eborn@alidadegroup.com)
IP: 73.8.13.220

**SIGNED**
**05 / 11 / 2020**
13:44:31 UTC

Signed by Curt Kubiak (curt.kubiak@novohealth.com)
IP: 184.55.157.31

**SIGNED**
**05 / 11 / 2020**
14:19:33 UTC

Signed by Eric Born (eborn@alidadegroup.com)
IP: 73.8.13.220

**COMPLETED**
**05 / 11 / 2020**
14:19:33 UTC

The document has been completed.

Powered by ▼ **HELLOSIGN**

# EXHIBIT B

| Company Name: | Medix | | | | | | |
|---|---|---|---|---|---|---|---|
| Report Name: | AR Ledger | | | | | | |
| Report Title 4: | | | | | | | |
| Created On: | 1/4/2022 | | | | | | |
| Location: | Medix US--Medix US | | | | | | |
| Based on: Document date | As of date: 01/04/2022 | | | | | | |
| Customer | Date | Document | Reference | Memo | Charges (USD) | Payments (USD) | Balance (USD) |
| CST6844 - NOVO Health, LLC | 5/16/2020 | INV374768 | | | 2,478.00 | | 2,478.00 |
| | 5/23/2020 | INV376108 | | | 1,135.75 | | 3,613.75 |
| | 5/30/2020 | INV376718 | | | 1,652.00 | | 5,265.75 |
| | 6/6/2020 | INV378645 | | | 1,032.50 | | 6,298.25 |
| | 6/13/2020 | INV379963 | | | 309.75 | | 6,608.00 |
| | 6/18/2020 | 1476 | | | | 3,613.75 | 2,994.25 |
| | 6/20/2020 | INV381097 | | | 826.00 | | 3,820.25 |
| | 7/4/2020 | INV383074 | | | 1,548.75 | | 5,369.00 |
| | 7/8/2020 | 1482 | | | | 2,684.50 | 2,684.50 |
| | 7/11/2020 | INV384794 | | | 619.50 | | 3,304.00 |
| | 7/18/2020 | INV388347 | | | 4,543.00 | | 7,847.00 |
| | 7/25/2020 | INV389029 | | | 5,088.16 | | 12,935.16 |
| | 7/25/2020 | INV389644 | | | 929.25 | | 13,864.41 |
| | 8/1/2020 | INV389940 | | | 3,180.10 | | 17,044.51 |
| | 8/1/2020 | INV389941 | | | 30.00 | | 17,074.51 |
| | 8/1/2020 | INV389995 | | | 4,543.00 | | 21,617.51 |
| | 8/1/2020 | INV390158 | | | 3,180.10 | | 24,797.61 |
| | 8/1/2020 | INV390159 | | | 30.00 | | 24,827.61 |
| | 8/1/2020 | INV390330 | | | 2,544.08 | | 27,371.69 |
| | 8/1/2020 | INV390404 | | | 3,041.23 | | 30,412.92 |
| | 8/1/2020 | INV390437 | | | 2,841.44 | | 33,254.36 |
| | 8/1/2020 | INV390727 | | | 4,666.90 | | 37,921.26 |
| | 8/7/2020 | 1492 | | | | 1,135.75 | 36,785.51 |
| | 8/8/2020 | INV391271 | | | 3,199.98 | | 39,985.49 |
| | 8/8/2020 | INV391486 | | | 3,180.10 | | 43,165.59 |
| | 8/8/2020 | INV391536 | | | 3,138.80 | | 46,304.39 |
| | 8/8/2020 | INV391656 | | | 2,403.14 | | 48,707.53 |
| | 8/8/2020 | INV391711 | | | 2,663.33 | | 51,370.86 |
| | 8/8/2020 | INV391733 | | | 3,551.80 | | 54,922.66 |
| | 8/8/2020 | INV391747 | | | 3,551.80 | | 58,474.46 |
| | 8/8/2020 | INV391789 | | | 636.02 | | 59,110.48 |
| | 8/8/2020 | INV391970 | | | 4,666.90 | | 63,777.38 |
| | 8/8/2020 | INV392049 | | | 3,180.10 | | 66,957.48 |
| | 8/8/2020 | INV392081 | | | 2,994.25 | | 69,951.73 |
| | 8/15/2020 | INV392488 | | | 3,180.10 | | 73,131.83 |
| | 8/15/2020 | INV392489 | | | 65.00 | | 73,196.83 |
| | 8/15/2020 | INV392504 | | | 3,551.80 | | 76,748.63 |
| | 8/15/2020 | INV392509 | | | 3,138.80 | | 79,887.43 |
| | 8/15/2020 | INV392607 | | | 1,311.79 | | 81,199.22 |
| | 8/15/2020 | INV392608 | | | 60.00 | | 81,259.22 |
| | 8/15/2020 | INV392648 | | | 3,923.50 | | 85,182.72 |
| | 8/15/2020 | INV392649 | | | 30.00 | | 85,212.72 |
| | 8/15/2020 | INV392766 | | | 3,551.80 | | 88,764.52 |
| | 8/15/2020 | INV392769 | | | 3,180.10 | | 91,944.62 |
| | 8/15/2020 | INV392823 | | | 4,666.90 | | 96,611.52 |
| | 8/15/2020 | INV392824 | | | 4,543.00 | | 101,154.52 |
| | 8/15/2020 | INV392879 | | | 3,180.10 | | 104,334.62 |
| | 8/15/2020 | INV392949 | | | 3,180.10 | | 107,514.72 |
| | 8/15/2020 | INV392981 | | | 3,180.10 | | 110,694.82 |
| | 8/15/2020 | INV392992 | | | 3,180.10 | | 113,874.92 |
| | 8/15/2020 | INV393085 | | | 3,551.80 | | 117,426.72 |
| | 8/15/2020 | INV393365 | | | 7,640.50 | | 125,067.22 |
| | 8/22/2020 | INV393712 | | | 3,551.80 | | 128,619.02 |
| | 8/22/2020 | INV393714 | | | 154.88 | | 128,773.90 |
| | 8/22/2020 | INV393715 | | | 258.13 | | 129,032.03 |
| | 8/22/2020 | INV393753 | | | 3,923.50 | | 132,955.53 |
| | 8/22/2020 | INV393798 | | | 3,180.10 | | 136,135.63 |
| | 8/22/2020 | INV393858 | | | 3,180.10 | | 139,315.73 |
| | 8/22/2020 | INV394041 | | | 784.70 | | 140,100.43 |
| | 8/22/2020 | INV394138 | | | 3,551.80 | | 143,652.23 |
| | 8/22/2020 | INV394139 | | | 3,551.80 | | 147,204.03 |
| | 8/22/2020 | INV394140 | | | 60.00 | | 147,264.03 |
| | 8/22/2020 | INV394178 | | | 3,180.10 | | 150,444.13 |
| | 8/22/2020 | INV394194 | | | 3,180.10 | | 153,624.23 |
| | 8/22/2020 | INV394195 | | | 30.00 | | 153,654.23 |
| | 8/22/2020 | INV394263 | | | 4,543.00 | | 158,197.23 |
| | 8/22/2020 | INV394313 | | | 3,180.10 | | 161,377.33 |
| | 8/22/2020 | INV394351 | | | 3,180.10 | | 164,557.43 |
| | 8/22/2020 | INV394436 | | | 3,180.10 | | 167,737.53 |
| | 8/22/2020 | INV394461 | | | 3,551.80 | | 171,289.33 |
| | 8/22/2020 | INV394499 | | | 4,666.90 | | 175,956.23 |
| | 8/22/2020 | INV394596 | | | 7,640.50 | | 183,596.73 |
| | 8/26/2020 | 1543 | | | | 2,168.25 | 181,428.48 |
| | 8/29/2020 | INV394917 | | | 3,923.50 | | 185,351.98 |
| | 8/29/2020 | INV394918 | | | 2,742.84 | | 188,094.82 |
| | 8/29/2020 | INV394919 | | | 30.00 | | 188,124.82 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 8/29/2020 | INV395022 | | 3,923.50 | | 192,048.32 |
| | 8/29/2020 | INV395023 | | 30.00 | | 192,078.32 |
| | 8/29/2020 | INV395035 | | 3,180.10 | | 195,258.42 |
| | 8/29/2020 | INV395176 | | 3,551.80 | | 198,810.22 |
| | 8/29/2020 | INV395245 | | 3,551.80 | | 202,362.02 |
| | 8/29/2020 | INV395295 | | 3,180.10 | | 205,542.12 |
| | 8/29/2020 | INV395296 | | 30.00 | | 205,572.12 |
| | 8/29/2020 | INV395381 | | 3,551.80 | | 209,123.92 |
| | 8/29/2020 | INV395394 | | 3,180.10 | | 212,304.02 |
| | 8/29/2020 | INV395422 | | 3,180.10 | | 215,484.12 |
| | 8/29/2020 | INV395428 | | 206.50 | | 215,690.62 |
| | 8/29/2020 | INV395514 | | 3,180.10 | | 218,870.72 |
| | 8/29/2020 | INV395543 | | 3,551.80 | | 222,422.52 |
| | 8/29/2020 | INV395726 | | 4,666.90 | | 227,089.42 |
| | 8/29/2020 | INV395784 | | 4,543.00 | | 231,632.42 |
| | 8/29/2020 | INV395802 | | 3,180.10 | | 234,812.52 |
| | 8/29/2020 | INV395831 | | 7,640.50 | | 242,453.02 |
| | 9/5/2020 | INV397561 | | 3,180.10 | | 245,633.12 |
| | 9/5/2020 | INV397566 | | 3,923.50 | | 249,556.62 |
| | 9/5/2020 | INV397567 | | 3,923.50 | | 253,480.12 |
| | 9/5/2020 | INV397581 | | 3,180.10 | | 256,660.22 |
| | 9/5/2020 | INV397628 | | 3,551.80 | | 260,212.02 |
| | 9/5/2020 | INV397704 | | 7,640.50 | | 267,852.52 |
| | 9/5/2020 | INV397872 | | 3,551.80 | | 271,404.32 |
| | 9/5/2020 | INV397873 | | 30.00 | | 271,434.32 |
| | 9/5/2020 | INV397994 | | 3,551.80 | | 274,986.12 |
| | 9/5/2020 | INV398022 | | 3,180.10 | | 278,166.22 |
| | 9/5/2020 | INV398023 | | 60.00 | | 278,226.22 |
| | 9/5/2020 | INV398047 | | 3,180.10 | | 281,406.32 |
| | 9/5/2020 | INV398071 | | 206.50 | | 281,612.82 |
| | 9/5/2020 | INV398098 | | 3,180.10 | | 284,792.92 |
| | 9/5/2020 | INV398143 | | 3,551.80 | | 288,344.72 |
| | 9/5/2020 | INV398153 | | 3,180.10 | | 291,524.82 |
| | 9/5/2020 | INV398168 | | 4,543.00 | | 296,067.82 |
| | 9/5/2020 | INV398397 | | 3,180.10 | | 299,247.92 |
| | 9/5/2020 | INV398443 | | 4,666.90 | | 303,914.82 |
| | 9/10/2020 | 1558 | | | 10,560.41 | 293,354.41 |
| | 9/12/2020 | INV398730 | | 3,923.50 | | 297,277.91 |
| | 9/12/2020 | INV398796 | | 3,551.80 | | 300,829.71 |
| | 9/12/2020 | INV398797 | | 35.00 | | 300,864.71 |
| | 9/12/2020 | INV398884 | | 3,751.85 | | 304,616.56 |
| | 9/12/2020 | INV398905 | | 3,180.10 | | 307,796.66 |
| | 9/12/2020 | INV398952 | | 2,921.72 | | 310,718.38 |
| | 9/12/2020 | INV398953 | | 30.00 | | 310,748.38 |
| | 9/12/2020 | INV399000 | | 3,551.80 | | 314,300.18 |
| | 9/12/2020 | INV399047 | | 3,180.10 | | 317,480.28 |
| | 9/12/2020 | INV399087 | | 3,551.80 | | 321,032.08 |
| | 9/12/2020 | INV399106 | | 3,634.40 | | 324,666.48 |
| | 9/12/2020 | INV399204 | | 258.13 | | 324,924.61 |
| | 9/12/2020 | INV399239 | | 3,180.10 | | 328,104.71 |
| | 9/12/2020 | INV399262 | | 3,180.10 | | 331,284.81 |
| | 9/12/2020 | INV399279 | | 3,551.80 | | 334,836.61 |
| | 9/12/2020 | INV399280 | | 60.00 | | 334,896.61 |
| | 9/12/2020 | INV399466 | | 2,862.09 | | 337,758.70 |
| | 9/12/2020 | INV399467 | | 30.00 | | 337,788.70 |
| | 9/12/2020 | INV399536 | | 4,666.90 | | 342,455.60 |
| | 9/12/2020 | INV399588 | | 2,862.09 | | 345,317.69 |
| | 9/12/2020 | INV399730 | | 7,258.48 | | 352,576.17 |
| | 9/19/2020 | INV400014 | | 3,923.50 | | 356,499.67 |
| | 9/19/2020 | INV400015 | | 50.00 | | 356,549.67 |
| | 9/19/2020 | INV400043 | | 3,180.10 | | 359,729.77 |
| | 9/19/2020 | INV400069 | | 3,923.50 | | 363,653.27 |
| | 9/19/2020 | INV400077 | | 3,551.80 | | 367,205.07 |
| | 9/19/2020 | INV400087 | | 3,180.10 | | 370,385.17 |
| | 9/19/2020 | INV400149 | | 3,551.80 | | 373,936.97 |
| | 9/19/2020 | INV400150 | | 30.00 | | 373,966.97 |
| | 9/19/2020 | INV400387 | | 3,634.40 | | 377,601.37 |
| | 9/19/2020 | INV400431 | | 3,180.10 | | 380,781.47 |
| | 9/19/2020 | INV400438 | | 3,180.10 | | 383,961.57 |
| | 9/19/2020 | INV400444 | | 3,180.10 | | 387,141.67 |
| | 9/19/2020 | INV400496 | | 154.88 | | 387,296.55 |
| | 9/19/2020 | INV400611 | | 3,551.80 | | 390,848.35 |
| | 9/19/2020 | INV400657 | | 3,618.40 | | 394,466.75 |
| | 9/19/2020 | INV400664 | | 3,180.10 | | 397,646.85 |
| | 9/19/2020 | INV400665 | | 30.00 | | 397,676.85 |
| | 9/19/2020 | INV400715 | | 4,666.90 | | 402,343.75 |
| | 9/19/2020 | INV400882 | | 3,724.74 | | 406,068.49 |
| | 9/19/2020 | INV400908 | | 3,180.10 | | 409,248.59 |
| | 9/26/2020 | INV401776 | | 3,923.50 | | 413,172.09 |
| | 9/26/2020 | INV401796 | | 3,551.80 | | 416,723.89 |
| | 9/26/2020 | INV401797 | | 80.00 | | 416,803.89 |
| | 9/26/2020 | INV401811 | | 3,180.10 | | 419,983.99 |
| | 9/26/2020 | INV401909 | | 3,180.10 | | 423,164.09 |
| | 9/26/2020 | INV401911 | | 3,551.80 | | 426,715.89 |
| | 9/26/2020 | INV401982 | | 3,923.50 | | 430,639.39 |

| | | | | | |
|---|---|---|---|---|---|
| | 9/26/2020 | INV402070 | | 3,551.80 | | 434,191.19 |
| | 9/26/2020 | INV402071 | | 85.00 | | 434,276.19 |
| | 9/26/2020 | INV402216 | | 3,180.10 | | 437,456.29 |
| | 9/26/2020 | INV402217 | | 25.00 | | 437,481.29 |
| | 9/26/2020 | INV402301 | | 3,180.10 | | 440,661.39 |
| | 9/26/2020 | INV402305 | | 4,336.50 | | 444,997.89 |
| | 9/26/2020 | INV402319 | | 3,180.10 | | 448,177.99 |
| | 9/26/2020 | INV402322 | | 3,180.10 | | 451,358.09 |
| | 9/26/2020 | INV402324 | | 3,551.80 | | 454,909.89 |
| | 9/26/2020 | INV402334 | | 4,543.00 | | 459,452.89 |
| | 9/26/2020 | INV402515 | | 3,551.80 | | 463,004.69 |
| | 9/26/2020 | INV402647 | | 3,180.10 | | 466,184.79 |
| | 9/26/2020 | INV402688 | | 4,666.90 | | 470,851.69 |
| | 9/26/2020 | INV402724 | | 9,073.09 | | 479,924.78 |
| | 9/26/2020 | INV402726 | | 206.50 | | 480,131.28 |
| | 10/3/2020 | INV403094 | | 3,180.10 | | 483,311.38 |
| | 10/3/2020 | INV403115 | | 3,551.80 | | 486,863.18 |
| | 10/3/2020 | INV403117 | | 7,640.50 | | 494,503.68 |
| | 10/3/2020 | INV403118 | | 3,923.50 | | 498,427.18 |
| | 10/3/2020 | INV403206 | | 3,180.10 | | 501,607.28 |
| | 10/3/2020 | INV403348 | | 3,923.50 | | 505,530.78 |
| | 10/3/2020 | INV403373 | | 3,551.80 | | 509,082.58 |
| | 10/3/2020 | INV403444 | | 4,666.90 | | 513,749.48 |
| | 10/3/2020 | INV403445 | | 165.00 | | 513,914.48 |
| | 10/3/2020 | INV403560 | | 3,180.10 | | 517,094.58 |
| | 10/3/2020 | INV403561 | | 25.00 | | 517,119.58 |
| | 10/3/2020 | INV403574 | | 3,180.10 | | 520,299.68 |
| | 10/3/2020 | INV403600 | | 3,180.10 | | 523,479.78 |
| | 10/3/2020 | INV403631 | | 4,336.50 | | 527,816.28 |
| | 10/3/2020 | INV403632 | | 3,180.10 | | 530,996.38 |
| | 10/3/2020 | INV403655 | | 206.50 | | 531,202.88 |
| | 10/3/2020 | INV403840 | | 3,551.80 | | 534,754.68 |
| | 10/3/2020 | INV403868 | | 3,551.80 | | 538,306.48 |
| | 10/3/2020 | INV403912 | | 3,551.80 | | 541,858.28 |
| | 10/3/2020 | INV404008 | | 3,180.10 | | 545,038.38 |
| | 10/10/2020 | INV404418 | | 4,095.15 | | 549,133.53 |
| | 10/10/2020 | INV404430 | | 3,551.80 | | 552,685.33 |
| | 10/10/2020 | INV404459 | | 3,180.10 | | 555,865.43 |
| | 10/10/2020 | INV404486 | | 3,180.10 | | 559,045.53 |
| | 10/10/2020 | INV404543 | | 3,180.10 | | 562,225.63 |
| | 10/10/2020 | INV404666 | | 3,923.50 | | 566,149.13 |
| | 10/10/2020 | INV404667 | | 30.00 | | 566,179.13 |
| | 10/10/2020 | INV404670 | | 2,901.84 | | 569,080.97 |
| | 10/10/2020 | INV404671 | | 25.00 | | 569,105.97 |
| | 10/10/2020 | INV404741 | | 3,180.10 | | 572,286.07 |
| | 10/10/2020 | INV404850 | | 4,336.50 | | 576,622.57 |
| | 10/10/2020 | INV404888 | | 3,551.80 | | 580,174.37 |
| | 10/10/2020 | INV404951 | | 206.50 | | 580,380.87 |
| | 10/10/2020 | INV404959 | | 3,180.10 | | 583,560.97 |
| | 10/10/2020 | INV404979 | | 3,551.80 | | 587,112.77 |
| | 10/10/2020 | INV405125 | | 3,551.80 | | 590,664.57 |
| | 10/10/2020 | INV405268 | | 2,042.29 | | 592,706.86 |
| | 10/10/2020 | INV405271 | | 4,666.90 | | 597,373.76 |
| | 10/10/2020 | INV405315 | | 3,180.10 | | 600,553.86 |
| | 10/10/2020 | INV405327 | | 8,786.58 | | 609,340.44 |
| | 10/17/2020 | INV405633 | | 887.95 | | 610,228.39 |
| | 10/17/2020 | INV405675 | | 4,193.24 | | 614,421.63 |
| | 10/17/2020 | INV405703 | | 3,551.80 | | 617,973.43 |
| | 10/17/2020 | INV405745 | | 3,180.10 | | 621,153.53 |
| | 10/17/2020 | INV405768 | | 4,217.76 | | 625,371.29 |
| | 10/17/2020 | INV405770 | | 3,180.10 | | 628,551.39 |
| | 10/17/2020 | INV406055 | | 3,180.10 | | 631,731.49 |
| | 10/17/2020 | INV406056 | | 30.00 | | 631,761.49 |
| | 10/17/2020 | INV406145 | | 4,336.50 | | 636,097.99 |
| | 10/17/2020 | INV406178 | | 413.00 | | 636,510.99 |
| | 10/17/2020 | INV406183 | | 3,180.10 | | 639,691.09 |
| | 10/17/2020 | INV406184 | | 30.00 | | 639,721.09 |
| | 10/17/2020 | INV406202 | | 3,180.10 | | 642,901.19 |
| | 10/17/2020 | INV406330 | | 3,551.80 | | 646,452.99 |
| | 10/17/2020 | INV406374 | | 3,551.80 | | 650,004.79 |
| | 10/17/2020 | INV406383 | | 5,716.95 | | 655,721.74 |
| | 10/17/2020 | INV406454 | | 3,551.80 | | 659,273.54 |
| | 10/17/2020 | INV406504 | | 3,180.10 | | 662,453.64 |
| | 10/17/2020 | INV406525 | | 10,219.17 | | 672,672.81 |
| | 10/17/2020 | INV406618 | | 3,180.10 | | 675,852.91 |
| | 10/22/2020 | 1002 | | | 409,248.59 | 266,604.32 |
| | 10/24/2020 | INV407022 | | 3,997.07 | | 270,601.39 |
| | 10/24/2020 | INV407120 | | 3,551.80 | | 274,153.19 |
| | 10/24/2020 | INV407128 | | 3,923.50 | | 278,076.69 |
| | 10/24/2020 | INV407142 | | 3,180.10 | | 281,256.79 |
| | 10/24/2020 | INV407209 | | 3,180.10 | | 284,436.89 |
| | 10/24/2020 | INV407367 | | 3,551.80 | | 287,988.69 |
| | 10/24/2020 | INV407437 | | 3,180.10 | | 291,168.79 |
| | 10/24/2020 | INV407477 | | 4,336.50 | | 295,505.29 |
| | 10/24/2020 | INV407504 | | 309.75 | | 295,815.04 |

| Date | Invoice | | | Amount | Payment | Balance |
|---|---|---|---|---|---|---|
| 10/24/2020 | INV407530 | | | 3,180.10 | | 298,995.14 |
| 10/24/2020 | INV407560 | | | 3,180.10 | | 302,175.24 |
| 10/24/2020 | INV407705 | | | 3,551.80 | | 305,727.04 |
| 10/24/2020 | INV407811 | | | 3,551.80 | | 309,278.84 |
| 10/24/2020 | INV407827 | | | 3,551.80 | | 312,830.64 |
| 10/24/2020 | INV407828 | | | 30.00 | | 312,860.64 |
| 10/24/2020 | INV407846 | | | 5,016.92 | | 317,877.56 |
| 10/24/2020 | INV407847 | | | 330.00 | | 318,207.56 |
| 10/24/2020 | INV407903 | | | 3,180.10 | | 321,387.66 |
| 10/24/2020 | INV407908 | | | 3,180.10 | | 324,567.76 |
| 10/24/2020 | INV407937 | | | 7,640.50 | | 332,208.26 |
| 10/27/2020 | 1006 | | | | 74,062.79 | 258,145.47 |
| 10/31/2020 | INV408345 | | | 3,551.80 | | 261,697.27 |
| 10/31/2020 | INV408455 | | | 3,551.80 | | 265,249.07 |
| 10/31/2020 | INV408523 | | | 3,923.50 | | 269,172.57 |
| 10/31/2020 | INV408529 | | | 3,180.10 | | 272,352.67 |
| 10/31/2020 | INV408530 | | | 30.00 | | 272,382.67 |
| 10/31/2020 | INV408532 | | | 3,551.80 | | 275,934.47 |
| 10/31/2020 | INV408591 | | | 3,180.10 | | 279,114.57 |
| 10/31/2020 | INV408674 | | | 3,180.10 | | 282,294.67 |
| 10/31/2020 | INV408752 | | | 3,923.50 | | 286,218.17 |
| 10/31/2020 | INV408897 | | | 4,336.50 | | 290,554.67 |
| 10/31/2020 | INV408917 | | | 3,180.10 | | 293,734.77 |
| 10/31/2020 | INV408934 | | | 3,180.10 | | 296,914.87 |
| 10/31/2020 | INV408955 | | | 3,180.10 | | 300,094.97 |
| 10/31/2020 | INV408964 | | | 103.25 | | 300,198.22 |
| 10/31/2020 | INV409128 | | | 3,551.80 | | 303,750.02 |
| 10/31/2020 | INV409153 | | | 3,551.80 | | 307,301.82 |
| 10/31/2020 | INV409236 | | | 4,666.90 | | 311,968.72 |
| 10/31/2020 | INV409309 | | | 3,180.10 | | 315,148.82 |
| 10/31/2020 | INV409366 | | | 7,640.50 | | 322,789.32 |
| 11/7/2020 | INV409727 | | | 3,551.80 | | 326,341.12 |
| 11/7/2020 | INV409806 | | | 4,291.33 | | 330,632.45 |
| 11/7/2020 | INV409822 | | | 3,551.80 | | 334,184.25 |
| 11/7/2020 | INV409886 | | | 3,180.10 | | 337,364.35 |
| 11/7/2020 | INV409926 | | | 3,180.10 | | 340,544.45 |
| 11/7/2020 | INV409971 | | | 3,180.10 | | 343,724.55 |
| 11/7/2020 | INV409972 | | | 30.00 | | 343,754.55 |
| 11/7/2020 | INV410098 | | | 2,941.59 | | 346,696.14 |
| 11/7/2020 | INV410232 | | | 4,021.59 | | 350,717.73 |
| 11/7/2020 | INV410308 | | | 4,336.50 | | 355,054.23 |
| 11/7/2020 | INV410343 | | | 206.50 | | 355,260.73 |
| 11/7/2020 | INV410361 | | | 3,551.80 | | 358,812.53 |
| 11/7/2020 | INV410368 | | | 3,537.86 | | 362,350.39 |
| 11/7/2020 | INV410377 | | | 3,180.10 | | 365,530.49 |
| 11/7/2020 | INV410505 | | | 3,951.38 | | 369,481.87 |
| 11/7/2020 | INV410608 | | | 4,666.90 | | 374,148.77 |
| 11/7/2020 | INV410688 | | | 3,180.10 | | 377,328.87 |
| 11/7/2020 | INV410707 | | | 3,551.80 | | 380,880.67 |
| 11/7/2020 | INV410709 | | | 7,640.50 | | 388,521.17 |
| 11/9/2020 | 1008 | | | | 64,907.10 | 323,614.07 |
| 11/14/2020 | INV411081 | | | 3,551.80 | | 327,165.87 |
| 11/14/2020 | INV411223 | | | 4,315.85 | | 331,481.72 |
| 11/14/2020 | INV411262 | | | 3,551.80 | | 335,033.52 |
| 11/14/2020 | INV411356 | | | 3,180.10 | | 338,213.62 |
| 11/14/2020 | INV411403 | | | 3,180.10 | | 341,393.72 |
| 11/14/2020 | INV411404 | | | 30.00 | | 341,423.72 |
| 11/14/2020 | INV411520 | | | 4,168.72 | | 345,592.44 |
| 11/14/2020 | INV411549 | | | 3,180.10 | | 348,772.54 |
| 11/14/2020 | INV411629 | | | 3,019.03 | | 351,791.57 |
| 11/14/2020 | INV411649 | | | 4,336.50 | | 356,128.07 |
| 11/14/2020 | INV411660 | | | 3,551.80 | | 359,679.87 |
| 11/14/2020 | INV411689 | | | 206.50 | | 359,886.37 |
| 11/14/2020 | INV411719 | | | 3,180.10 | | 363,066.47 |
| 11/14/2020 | INV411774 | | | 3,180.10 | | 366,246.57 |
| 11/14/2020 | INV411780 | | | 3,418.61 | | 369,665.18 |
| 11/14/2020 | INV411828 | | | 3,551.80 | | 373,216.98 |
| 11/14/2020 | INV411882 | | | 4,666.90 | | 377,883.88 |
| 11/14/2020 | INV411933 | | | 3,585.10 | | 381,468.98 |
| 11/14/2020 | INV412146 | | | 3,180.10 | | 384,649.08 |
| 11/14/2020 | INV412238 | | | 7,640.50 | | 392,289.58 |
| 11/21/2020 | INV412513 | | | 3,551.80 | | 395,841.38 |
| 11/21/2020 | INV412648 | | | 3,551.80 | | 399,393.18 |
| 11/21/2020 | INV412761 | | | 3,875.75 | | 403,268.93 |
| 11/21/2020 | INV412768 | | | 3,975.13 | | 407,244.06 |
| 11/21/2020 | INV412801 | | | 3,923.50 | | 411,167.56 |
| 11/21/2020 | INV413140 | | | 4,336.50 | | 415,504.06 |
| 11/21/2020 | INV413171 | | | 3,551.80 | | 419,055.86 |
| 11/21/2020 | INV413174 | | | 3,180.10 | | 422,235.96 |
| 11/21/2020 | INV413223 | | | 3,551.80 | | 425,787.76 |
| 11/21/2020 | INV413228 | | | 3,180.10 | | 428,967.86 |
| 11/21/2020 | INV413238 | | | 4,070.63 | | 433,038.49 |
| 11/21/2020 | INV413275 | | | 3,418.61 | | 436,457.10 |
| 11/21/2020 | INV413296 | | | 206.50 | | 436,663.60 |
| 11/21/2020 | INV413303 | | | 4,350.96 | | 441,014.56 |

| Date | Invoice | | | Charge | Payment | Balance |
|---|---|---|---|---|---|---|
| 11/21/2020 | INV413341 | | | 3,551.80 | | 444,566.36 |
| 11/21/2020 | INV413369 | | | 4,054.63 | | 448,620.99 |
| 11/21/2020 | INV413613 | | | 4,666.90 | | 453,287.89 |
| 11/21/2020 | INV413619 | | | 3,657.12 | | 456,945.01 |
| 11/21/2020 | INV413629 | | | 7,640.50 | | 464,585.51 |
| 11/21/2020 | INV413648 | | | 7,000.35 | | 471,585.86 |
| 11/28/2020 | INV413915 | | | 3,551.80 | | 475,137.66 |
| 11/28/2020 | INV413958 | | | 3,180.10 | | 478,317.76 |
| 11/28/2020 | INV413974 | | | 3,923.50 | | 482,241.26 |
| 11/28/2020 | INV414048 | | | 4,336.50 | | 486,577.76 |
| 11/28/2020 | INV414087 | | | 3,551.80 | | 490,129.56 |
| 11/28/2020 | INV414193 | | | 4,666.90 | | 494,796.46 |
| 11/28/2020 | INV414195 | | | 3,676.99 | | 498,473.45 |
| 11/28/2020 | INV414337 | | | 2,305.57 | | 500,779.02 |
| 11/28/2020 | INV414583 | | | 3,551.80 | | 504,330.82 |
| 11/28/2020 | INV414612 | | | 2,941.59 | | 507,272.41 |
| 11/28/2020 | INV414619 | | | 3,551.80 | | 510,824.21 |
| 11/28/2020 | INV414627 | | | 2,782.59 | | 513,606.80 |
| 11/28/2020 | INV414636 | | | 3,310.45 | | 516,917.25 |
| 11/28/2020 | INV414638 | | | 3,180.10 | | 520,097.35 |
| 11/28/2020 | INV414677 | | | 3,551.80 | | 523,649.15 |
| 11/28/2020 | INV414681 | | | 206.50 | | 523,855.65 |
| 11/28/2020 | INV414695 | | | 3,180.10 | | 527,035.75 |
| 11/28/2020 | INV414798 | | | 3,733.52 | | 530,769.27 |
| 11/28/2020 | INV414815 | | | 3,241.02 | | 534,010.29 |
| 11/28/2020 | INV415007 | | | 5,157.34 | | 539,167.63 |
| 11/30/2020 | 1010 | | | | 130,814.53 | 408,353.10 |
| 12/5/2020 | INV415493 | | | 3,551.80 | | 411,904.90 |
| 12/5/2020 | INV415494 | | | 6.30 | | 411,911.20 |
| 12/5/2020 | INV415633 | | | 4,340.37 | | 416,251.57 |
| 12/5/2020 | INV415658 | | | 3,551.80 | | 419,803.37 |
| 12/5/2020 | INV415659 | | | 30.00 | | 419,833.37 |
| 12/5/2020 | INV415770 | | | 5,016.92 | | 424,850.29 |
| 12/5/2020 | INV415784 | | | 3,776.37 | | 428,626.66 |
| 12/5/2020 | INV415795 | | | 3,180.10 | | 431,806.76 |
| 12/5/2020 | INV415828 | | | 8,213.54 | | 440,020.30 |
| 12/5/2020 | INV415994 | | | 3,180.10 | | 443,200.40 |
| 12/5/2020 | INV416028 | | | 3,551.80 | | 446,752.20 |
| 12/5/2020 | INV416095 | | | 3,180.10 | | 449,932.30 |
| 12/5/2020 | INV416096 | | | 22.55 | | 449,954.85 |
| 12/5/2020 | INV416125 | | | 4,217.76 | | 454,172.61 |
| 12/5/2020 | INV416146 | | | 206.50 | | 454,379.11 |
| 12/5/2020 | INV416204 | | | 4,336.50 | | 458,715.61 |
| 12/5/2020 | INV416267 | | | 3,551.80 | | 462,267.41 |
| 12/5/2020 | INV416397 | | | 4,666.90 | | 466,934.31 |
| 12/5/2020 | INV416424 | | | 4,054.63 | | 470,988.94 |
| 12/5/2020 | INV416437 | | | 4,683.94 | | 475,672.88 |
| 12/5/2020 | INV416562 | | | 3,219.85 | | 478,892.73 |
| 12/5/2020 | INV416574 | | | 3,923.50 | | 482,816.23 |
| 12/5/2020 | INV416612 | | | 3,180.10 | | 485,996.33 |
| 12/5/2020 | INV416629 | | | 3,551.80 | | 489,548.13 |
| 12/12/2020 | INV416974 | | | 3,551.80 | | 493,099.93 |
| 12/12/2020 | INV416997 | | | 3,875.75 | | 496,975.68 |
| 12/12/2020 | INV417101 | | | 5,250.26 | | 502,225.94 |
| 12/12/2020 | INV417136 | | | 4,266.81 | | 506,492.75 |
| 12/12/2020 | INV417153 | | | 3,551.80 | | 510,044.55 |
| 12/12/2020 | INV417277 | | | 3,180.10 | | 513,224.65 |
| 12/12/2020 | INV417300 | | | 3,478.23 | | 516,702.88 |
| 12/12/2020 | INV417436 | | | 4,336.50 | | 521,039.38 |
| 12/12/2020 | INV417597 | | | 4,666.90 | | 525,706.28 |
| 12/12/2020 | INV417677 | | | 206.50 | | 525,912.78 |
| 12/12/2020 | INV417689 | | | 3,923.50 | | 529,836.28 |
| 12/12/2020 | INV417720 | | | 4,070.63 | | 533,906.91 |
| 12/12/2020 | INV417752 | | | 3,577.61 | | 537,484.52 |
| 12/12/2020 | INV417754 | | | 3,418.61 | | 540,903.13 |
| 12/12/2020 | INV417755 | | | 30.00 | | 540,933.13 |
| 12/12/2020 | INV417784 | | | 3,551.80 | | 544,484.93 |
| 12/12/2020 | INV417879 | | | 3,551.80 | | 548,036.73 |
| 12/12/2020 | INV417888 | | | 3,180.10 | | 551,216.83 |
| 12/12/2020 | INV417965 | | | 3,951.38 | | 555,168.21 |
| 12/12/2020 | INV418121 | | | 3,180.10 | | 558,348.31 |
| 12/12/2020 | INV418122 | | | 3,551.80 | | 561,900.11 |
| 12/12/2020 | INV418168 | | | 7,640.50 | | 569,540.61 |
| 12/19/2020 | INV418501 | | | 3,551.80 | | 573,092.41 |
| 12/19/2020 | INV418505 | | | 3,776.37 | | 576,868.78 |
| 12/19/2020 | INV418630 | | | 3,923.50 | | 580,792.28 |
| 12/19/2020 | INV418765 | | | 4,666.90 | | 585,459.18 |
| 12/19/2020 | INV418783 | | | 3,180.10 | | 588,639.28 |
| 12/19/2020 | INV418859 | | | 3,551.80 | | 592,191.08 |
| 12/19/2020 | INV418971 | | | 2,354.10 | | 594,545.18 |
| 12/19/2020 | INV419130 | | | 3,551.80 | | 598,096.98 |
| 12/19/2020 | INV419150 | | | 3,551.80 | | 601,648.78 |
| 12/19/2020 | INV419204 | | | 3,923.50 | | 605,572.28 |
| 12/19/2020 | INV419214 | | | 4,336.50 | | 609,908.78 |
| 12/19/2020 | INV419236 | | | 206.50 | | 610,115.28 |

| | Date | Reference | | | Amount | Credit | Balance |
|---|---|---|---|---|---|---|---|
| | 12/19/2020 | INV419260 | | | 3,180.10 | | 613,295.38 |
| | 12/19/2020 | INV419277 | | | 3,551.80 | | 616,847.18 |
| | 12/19/2020 | INV419289 | | | 4,666.90 | | 621,514.08 |
| | 12/19/2020 | INV419332 | | | 3,180.10 | | 624,694.18 |
| | 12/19/2020 | INV419489 | | | 4,332.89 | | 629,027.07 |
| | 12/19/2020 | INV419490 | | | 38.75 | | 629,065.82 |
| | 12/19/2020 | INV419568 | | | 4,317.66 | | 633,383.48 |
| | 12/19/2020 | INV419645 | | | 3,418.61 | | 636,802.09 |
| | 12/19/2020 | INV419649 | | | 6,876.45 | | 643,678.54 |
| | 12/19/2020 | INV419670 | | | 3,180.10 | | 646,858.64 |
| | 12/21/2020 | 1014 | | | | 65,603.94 | 581,254.70 |
| | 12/26/2020 | INV420323 | | | 3,551.80 | | 584,806.50 |
| | 12/26/2020 | INV420392 | | | 3,384.02 | | 588,190.52 |
| | 12/26/2020 | INV420395 | | | 4,336.50 | | 592,527.02 |
| | 12/26/2020 | INV420448 | | | 3,551.80 | | 596,078.82 |
| | 12/26/2020 | INV420467 | | | 3,259.60 | | 599,338.42 |
| | 12/26/2020 | INV420487 | | | 3,180.10 | | 602,518.52 |
| | 12/26/2020 | INV420611 | | | 3,180.10 | | 605,698.62 |
| | 12/26/2020 | INV420620 | | | 4,200.21 | | 609,898.83 |
| | 12/26/2020 | INV420793 | | | 3,433.06 | | 613,331.89 |
| | 12/26/2020 | INV420824 | | | 2,942.63 | | 616,274.52 |
| | 12/26/2020 | INV420964 | | | 3,551.80 | | 619,826.32 |
| | 12/26/2020 | INV421010 | | | 3,160.22 | | 622,986.54 |
| | 12/26/2020 | INV421011 | | | 3,551.80 | | 626,538.34 |
| | 12/26/2020 | INV421072 | | | 3,551.80 | | 630,090.14 |
| | 12/26/2020 | INV421158 | | | 4,666.90 | | 634,757.04 |
| | 12/26/2020 | INV421259 | | | 3,551.80 | | 638,308.84 |
| | 12/26/2020 | INV421270 | | | 2,901.84 | | 641,210.68 |
| | 12/26/2020 | INV421398 | | | 3,100.60 | | 644,311.28 |
| | 12/26/2020 | INV421416 | | | 6,494.43 | | 650,805.71 |
| | 12/26/2020 | INV421429 | | | 3,923.50 | | 654,729.21 |
| | 12/28/2020 | 1017 | | | | 64,673.85 | 590,055.36 |
| | 1/2/2021 | INV422835 | | | 6,446.67 | | 596,502.03 |
| | 1/2/2021 | INV422836 | | | 5,600.28 | | 602,102.31 |
| | 1/2/2021 | INV422837 | | | 4,200.21 | | 606,302.52 |
| | 1/2/2021 | INV422838 | | | 3,433.06 | | 609,735.58 |
| | 1/2/2021 | INV422839 | | | 954.03 | | 610,689.61 |
| | 1/2/2021 | INV422840 | | | 3,418.61 | | 614,108.22 |
| | 1/2/2021 | INV422841 | | | 3,285.42 | | 617,393.64 |
| | 1/2/2021 | INV422842 | | | 3,551.80 | | 620,945.44 |
| | 1/2/2021 | INV422843 | | | 3,551.80 | | 624,497.24 |
| | 1/2/2021 | INV422844 | | | 3,140.35 | | 627,637.59 |
| | 1/2/2021 | INV422845 | | | 3,219.85 | | 630,857.44 |
| | 1/2/2021 | INV422846 | | | 2,862.09 | | 633,719.53 |
| | 1/2/2021 | INV422847 | | | 2,844.54 | | 636,564.07 |
| | 1/2/2021 | INV422848 | | | 3,551.80 | | 640,115.87 |
| | 1/2/2021 | INV422849 | | | 3,358.98 | | 643,474.85 |
| | 1/2/2021 | INV422850 | | | 4,336.50 | | 647,811.35 |
| | 1/2/2021 | INV422851 | | | 3,551.80 | | 651,363.15 |
| | 1/2/2021 | INV422852 | | | 3,551.80 | | 654,914.95 |
| | 1/2/2021 | INV422853 | | | 3,923.50 | | 658,838.45 |
| | 1/2/2021 | INV422854 | | | 3,040.71 | | 661,879.16 |
| | 1/9/2021 | INV424433 | | | 8,070.28 | | 669,949.44 |
| | 1/9/2021 | INV424434 | | | 5,366.94 | | 675,316.38 |
| | 1/9/2021 | INV424435 | | | 25.00 | | 675,341.38 |
| | 1/9/2021 | INV424436 | | | 4,666.90 | | 680,008.28 |
| | 1/9/2021 | INV424437 | | | 4,413.94 | | 684,422.22 |
| | 1/9/2021 | INV424438 | | | 3,537.86 | | 687,960.08 |
| | 1/9/2021 | INV424439 | | | 4,094.38 | | 692,054.46 |
| | 1/9/2021 | INV424440 | | | 4,950.32 | | 697,004.78 |
| | 1/9/2021 | INV424441 | | | 3,551.80 | | 700,556.58 |
| | 1/9/2021 | INV424442 | | | 3,551.80 | | 704,108.38 |
| | 1/9/2021 | INV424443 | | | 3,617.36 | | 707,725.74 |
| | 1/9/2021 | INV424444 | | | 3,577.61 | | 711,303.35 |
| | 1/9/2021 | INV424445 | | | 3,418.61 | | 714,721.96 |
| | 1/9/2021 | INV424446 | | | 4,389.42 | | 719,111.38 |
| | 1/9/2021 | INV424447 | | | 3,551.80 | | 722,663.18 |
| | 1/9/2021 | INV424448 | | | 3,498.11 | | 726,161.29 |
| | 1/9/2021 | INV424449 | | | 4,336.50 | | 730,497.79 |
| | 1/9/2021 | INV424450 | | | 4,217.76 | | 734,715.55 |
| | 1/9/2021 | INV424451 | | | 3,551.80 | | 738,267.35 |
| | 1/9/2021 | INV424452 | | | 3,923.50 | | 742,190.85 |
| | 1/9/2021 | INV424453 | | | 3,923.50 | | 746,114.35 |
| | 1/16/2021 | INV426006 | | | 7,067.46 | | 753,181.81 |
| | 1/16/2021 | INV426007 | | | 5,775.29 | | 758,957.10 |
| | 1/16/2021 | INV426008 | | | 5,308.60 | | 764,265.70 |
| | 1/16/2021 | INV426009 | | | 4,389.42 | | 768,655.12 |
| | 1/16/2021 | INV426010 | | | 3,180.10 | | 771,835.22 |
| | 1/16/2021 | INV426011 | | | 3,617.36 | | 775,452.58 |
| | 1/16/2021 | INV426012 | | | 3,951.38 | | 779,403.96 |
| | 1/16/2021 | INV426013 | | | 3,551.80 | | 782,955.76 |
| | 1/16/2021 | INV426014 | | | 3,551.80 | | 786,507.56 |
| | 1/16/2021 | INV426015 | | | 3,935.37 | | 790,442.93 |
| | 1/16/2021 | INV426016 | | | 3,478.23 | | 793,921.16 |
| | 1/16/2021 | INV426017 | | | 3,180.10 | | 797,101.26 |

| Date | Invoice | Debit | Credit | Balance |
|---|---|---|---|---|
| 1/16/2021 | INV426018 | 4,364.89 | | 801,466.15 |
| 1/16/2021 | INV426019 | 3,551.80 | | 805,017.95 |
| 1/16/2021 | INV426020 | 1,987.56 | | 807,005.51 |
| 1/16/2021 | INV426021 | 4,336.50 | | 811,342.01 |
| 1/16/2021 | INV426022 | 4,217.76 | | 815,559.77 |
| 1/16/2021 | INV426023 | 3,551.80 | | 819,111.57 |
| 1/16/2021 | INV426024 | 3,923.50 | | 823,035.07 |
| 1/16/2021 | INV426025 | 3,776.37 | | 826,811.44 |
| 1/19/2021 | 1019 | | 513,513.35 | 313,298.09 |
| 1/23/2021 | INV427625 | 9,646.13 | | 322,944.22 |
| 1/23/2021 | INV427626 | 4,666.90 | | 327,611.12 |
| 1/23/2021 | INV427627 | 5,075.25 | | 332,686.37 |
| 1/23/2021 | INV427628 | 4,757.24 | | 337,443.61 |
| 1/23/2021 | INV427629 | 3,180.10 | | 340,623.71 |
| 1/23/2021 | INV427630 | 3,418.61 | | 344,042.32 |
| 1/23/2021 | INV427631 | 4,173.37 | | 348,215.69 |
| 1/23/2021 | INV427632 | 3,551.80 | | 351,767.49 |
| 1/23/2021 | INV427633 | 3,551.80 | | 355,319.29 |
| 1/23/2021 | INV427634 | 3,736.62 | | 359,055.91 |
| 1/23/2021 | INV427635 | 3,458.36 | | 362,514.27 |
| 1/23/2021 | INV427636 | 3,180.10 | | 365,694.37 |
| 1/23/2021 | INV427637 | 4,413.94 | | 370,108.31 |
| 1/23/2021 | INV427638 | 3,551.80 | | 373,660.11 |
| 1/23/2021 | INV427639 | 3,498.11 | | 377,158.22 |
| 1/23/2021 | INV427640 | 4,363.60 | | 381,521.82 |
| 1/23/2021 | INV427641 | 4,350.96 | | 385,872.78 |
| 1/23/2021 | INV427642 | 3,551.80 | | 389,424.58 |
| 1/23/2021 | INV427643 | 3,923.50 | | 393,348.08 |
| 1/23/2021 | INV427644 | 3,923.50 | | 397,271.58 |
| 1/30/2021 | INV430556 | 8,500.06 | | 405,771.64 |
| 1/30/2021 | INV430562 | 4,666.90 | | 410,438.54 |
| 1/30/2021 | INV430563 | 3,180.10 | | 413,618.64 |
| 1/30/2021 | INV430564 | 4,817.13 | | 418,435.77 |
| 1/30/2021 | INV430565 | 3,551.80 | | 421,987.57 |
| 1/30/2021 | INV430566 | 3,975.13 | | 425,962.70 |
| 1/30/2021 | INV430567 | 3,180.10 | | 429,142.80 |
| 1/30/2021 | INV430568 | 3,551.80 | | 432,694.60 |
| 1/30/2021 | INV430734 | 4,070.63 | | 436,765.23 |
| 1/30/2021 | INV430735 | 4,054.63 | | 440,819.86 |
| 1/30/2021 | INV430736 | 3,551.80 | | 444,371.66 |
| 1/30/2021 | INV430737 | 3,657.12 | | 448,028.78 |
| 1/30/2021 | INV430738 | 4,364.89 | | 452,393.67 |
| 1/30/2021 | INV430739 | 3,975.13 | | 456,368.80 |
| 1/30/2021 | INV430740 | 4,444.91 | | 460,813.71 |
| 1/30/2021 | INV430741 | 258.13 | | 461,071.84 |
| 1/30/2021 | INV430742 | 4,040.17 | | 465,112.01 |
| 1/30/2021 | INV430743 | 3,551.80 | | 468,663.81 |
| 1/30/2021 | INV430744 | 5,366.94 | | 474,030.75 |
| 1/30/2021 | INV430745 | 3,923.50 | | 477,954.25 |
| 1/30/2021 | INV430746 | 3,923.50 | | 481,877.75 |
| 1/30/2021 | INV430747 | 3,923.50 | | 485,801.25 |
| 1/30/2021 | INV430748 | 2,923.42 | | 488,724.67 |
| 2/6/2021 | INV432691 | 7,640.50 | | 496,365.17 |
| 2/6/2021 | INV432692 | 4,666.90 | | 501,032.07 |
| 2/6/2021 | INV432693 | 5,016.92 | | 506,048.99 |
| 2/6/2021 | INV432694 | 4,168.72 | | 510,217.71 |
| 2/6/2021 | INV432695 | 3,180.10 | | 513,397.81 |
| 2/6/2021 | INV432696 | 3,935.37 | | 517,333.18 |
| 2/6/2021 | INV432697 | 4,661.74 | | 521,994.92 |
| 2/6/2021 | INV432698 | 3,551.80 | | 525,546.72 |
| 2/6/2021 | INV432699 | 3,551.80 | | 529,098.52 |
| 2/6/2021 | INV432700 | 3,498.11 | | 532,596.63 |
| 2/6/2021 | INV432701 | 3,975.13 | | 536,571.76 |
| 2/6/2021 | INV432702 | 3,180.10 | | 539,751.86 |
| 2/6/2021 | INV432703 | 4,119.68 | | 543,871.54 |
| 2/6/2021 | INV432704 | 3,551.80 | | 547,423.34 |
| 2/6/2021 | INV432705 | 3,975.13 | | 551,398.47 |
| 2/6/2021 | INV432706 | 4,607.53 | | 556,006.00 |
| 2/6/2021 | INV432707 | 3,862.58 | | 559,868.58 |
| 2/6/2021 | INV432708 | 3,551.80 | | 563,420.38 |
| 2/6/2021 | INV432709 | 3,923.50 | | 567,343.88 |
| 2/6/2021 | INV432710 | 5,315.31 | | 572,659.19 |
| 2/6/2021 | INV432711 | 5,315.31 | | 577,974.50 |
| 2/6/2021 | INV432712 | 3,923.50 | | 581,898.00 |
| 2/6/2021 | INV432713 | 3,923.50 | | 585,821.50 |
| 2/6/2021 | INV432749 | 206.50 | | 586,028.00 |
| 2/13/2021 | INV434981 | 7,640.50 | | 593,668.50 |
| 2/13/2021 | INV434982 | 6,008.63 | | 599,677.13 |
| 2/13/2021 | INV434983 | 5,425.27 | | 605,102.40 |
| 2/13/2021 | INV434984 | 3,629.24 | | 608,731.64 |
| 2/13/2021 | INV434985 | 3,180.10 | | 611,911.74 |
| 2/13/2021 | INV434986 | 30.00 | | 611,941.74 |
| 2/13/2021 | INV434987 | 3,577.61 | | 615,519.35 |
| 2/13/2021 | INV434988 | 5,039.12 | | 620,558.47 |
| 2/13/2021 | INV434989 | 3,551.80 | | 624,110.27 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 2/13/2021 | INV434990 | | | 3,551.80 | 627,662.07 |
| | 2/13/2021 | INV434991 | | | 3,418.61 | 631,080.68 |
| | 2/13/2021 | INV434992 | | | 3,776.37 | 634,857.05 |
| | 2/13/2021 | INV434993 | | | 3,180.10 | 638,037.15 |
| | 2/13/2021 | INV434994 | | | 4,095.15 | 642,132.30 |
| | 2/13/2021 | INV434995 | | | 3,551.80 | 645,684.10 |
| | 2/13/2021 | INV434996 | | | 3,617.36 | 649,301.46 |
| | 2/13/2021 | INV434997 | | | 4,499.12 | 653,800.58 |
| | 2/13/2021 | INV434998 | | | 3,773.79 | 657,574.37 |
| | 2/13/2021 | INV434999 | | | 3,551.80 | 661,126.17 |
| | 2/13/2021 | INV435000 | | | 3,923.50 | 665,049.67 |
| | 2/13/2021 | INV435001 | | | 5,315.31 | 670,364.98 |
| | 2/13/2021 | INV435002 | | | 5,315.31 | 675,680.29 |
| | 2/13/2021 | INV435003 | | | 5,352.48 | 681,032.77 |
| | 2/13/2021 | INV435004 | | | 3,923.50 | 684,956.27 |
| | 2/13/2021 | INV435005 | | | 3,727.33 | 688,683.60 |
| | 2/13/2021 | INV435039 | | | 206.50 | 688,890.10 |
| | 2/20/2021 | INV436660 | | | 7,640.50 | 696,530.60 |
| | 2/20/2021 | INV436666 | | | 5,775.29 | 702,305.89 |
| | 2/20/2021 | INV436667 | | | 3,180.10 | 705,485.99 |
| | 2/20/2021 | INV436668 | | | 5,105.71 | 710,591.70 |
| | 2/20/2021 | INV436669 | | | 3,551.80 | 714,143.50 |
| | 2/20/2021 | INV436670 | | | 3,995.00 | 718,138.50 |
| | 2/20/2021 | INV436671 | | | 3,180.10 | 721,318.60 |
| | 2/20/2021 | INV436672 | | | 3,551.80 | 724,870.40 |
| | 2/20/2021 | INV436829 | | | 4,070.63 | 728,941.03 |
| | 2/20/2021 | INV436830 | | | 3,577.61 | 732,518.64 |
| | 2/20/2021 | INV436831 | | | 7,414.38 | 739,933.02 |
| | 2/20/2021 | INV436832 | | | 3,577.61 | 743,510.63 |
| | 2/20/2021 | INV436833 | | | 4,389.42 | 747,900.05 |
| | 2/20/2021 | INV436834 | | | 3,796.24 | 751,696.29 |
| | 2/20/2021 | INV436835 | | | 4,607.53 | 756,303.82 |
| | 2/20/2021 | INV436836 | | | 206.50 | 756,510.32 |
| | 2/20/2021 | INV436837 | | | 4,262.16 | 760,772.48 |
| | 2/20/2021 | INV436838 | | | 3,551.80 | 764,324.28 |
| | 2/20/2021 | INV436839 | | | 4,666.90 | 768,991.18 |
| | 2/20/2021 | INV436840 | | | 3,923.50 | 772,914.68 |
| | 2/20/2021 | INV436841 | | | 3,923.50 | 776,838.18 |
| | 2/20/2021 | INV436842 | | | 3,923.50 | 780,761.68 |
| | 2/20/2021 | INV436843 | | | 5,315.31 | 786,076.99 |
| | 2/20/2021 | INV436844 | | | 4,650.90 | 790,727.89 |
| | 2/20/2021 | INV436845 | | | 5,352.48 | 796,080.37 |
| | 2/27/2021 | INV438434 | | | 7,907.83 | 803,988.20 |
| | 2/27/2021 | INV438440 | | | 4,888.38 | 808,876.58 |
| | 2/27/2021 | INV438441 | | | 3,172.40 | 812,048.98 |
| | 2/27/2021 | INV438442 | | | 4,451.15 | 816,500.13 |
| | 2/27/2021 | INV438443 | | | 4,709.14 | 821,209.27 |
| | 2/27/2021 | INV438444 | | | 3,965.50 | 825,174.77 |
| | 2/27/2021 | INV438445 | | | 3,291.37 | 828,466.14 |
| | 2/27/2021 | INV438446 | | | 3,543.20 | 832,009.34 |
| | 2/27/2021 | INV438600 | | | 4,598.95 | 836,608.29 |
| | 2/27/2021 | INV438601 | | | 3,687.92 | 840,296.21 |
| | 2/27/2021 | INV438602 | | | 6,997.82 | 847,294.03 |
| | 2/27/2021 | INV438603 | | | 3,767.23 | 851,061.26 |
| | 2/27/2021 | INV438604 | | | 4,623.41 | 855,684.67 |
| | 2/27/2021 | INV438605 | | | 3,886.19 | 859,570.86 |
| | 2/27/2021 | INV438606 | | | 4,812.68 | 864,383.54 |
| | 2/27/2021 | INV438607 | | | 206.00 | 864,589.54 |
| | 2/27/2021 | INV438608 | | | 3,543.20 | 868,132.74 |
| | 2/27/2021 | INV438609 | | | 3,543.20 | 871,675.94 |
| | 2/27/2021 | INV438610 | | | 4,888.38 | 876,564.32 |
| | 2/27/2021 | INV438611 | | | 4,892.50 | 881,456.82 |
| | 2/27/2021 | INV438612 | | | 3,914.00 | 885,370.82 |
| | 2/27/2021 | INV438613 | | | 3,914.00 | 889,284.82 |
| | 2/27/2021 | INV438614 | | | 5,302.44 | 894,587.26 |
| | 2/27/2021 | INV438615 | | | 5,302.44 | 899,889.70 |
| | 2/27/2021 | INV438616 | | | 5,339.52 | 905,229.22 |
| | 3/6/2021 | INV440512 | | | 7,640.50 | 912,869.72 |
| | 3/6/2021 | INV440513 | | | 4,666.90 | 917,536.62 |
| | 3/6/2021 | INV440514 | | | 4,783.57 | 922,320.19 |
| | 3/6/2021 | INV440515 | | | 3,384.02 | 925,704.21 |
| | 3/6/2021 | INV440516 | | | 3,180.10 | 928,884.31 |
| | 3/6/2021 | INV440517 | | | 4,193.76 | 933,078.07 |
| | 3/6/2021 | INV440518 | | | 4,439.75 | 937,517.82 |
| | 3/6/2021 | INV440519 | | | 1,420.72 | 938,938.54 |
| | 3/6/2021 | INV440520 | | | 7,680.77 | 946,619.31 |
| | 3/6/2021 | INV440521 | | | 3,498.11 | 950,117.42 |
| | 3/6/2021 | INV440522 | | | 4,432.26 | 954,549.68 |
| | 3/6/2021 | INV440523 | | | 3,478.23 | 958,027.91 |
| | 3/6/2021 | INV440524 | | | 4,561.07 | 962,588.98 |
| | 3/6/2021 | INV440525 | | | 3,551.80 | 966,140.78 |
| | 3/6/2021 | INV440526 | | | 4,134.13 | 970,274.91 |
| | 3/6/2021 | INV440527 | | | 4,634.63 | 974,909.54 |
| | 3/6/2021 | INV440528 | | | 3,507.40 | 978,416.94 |
| | 3/6/2021 | INV440529 | | | 3,551.80 | 981,968.74 |

| | | | | | |
|---|---|---|---|---|---|
| | 3/6/2021 | INV440530 | | 3,923.50 | 985,892.24 |
| | 3/6/2021 | INV440531 | | 5,315.31 | 991,207.55 |
| | 3/6/2021 | INV440532 | | 5,315.31 | 996,522.86 |
| | 3/6/2021 | INV440533 | | 5,352.48 | 1,001,875.34 |
| | 3/6/2021 | INV440534 | | 4,904.38 | 1,006,779.72 |
| | 3/6/2021 | INV440535 | | 4,266.81 | 1,011,046.53 |
| | 3/6/2021 | INV440570 | | 206.50 | 1,011,253.03 |
| | 3/6/2021 | INV440571 | | 3,923.50 | 1,015,176.53 |
| | 3/13/2021 | INV441855 | | 2,960.69 | 1,018,137.22 |
| | 3/13/2021 | INV441856 | | 5,775.29 | 1,023,912.51 |
| | 3/13/2021 | INV441857 | | 4,900.25 | 1,028,812.76 |
| | 3/13/2021 | INV441858 | | 5,321.25 | 1,034,134.01 |
| | 3/13/2021 | INV441859 | | 3,180.10 | 1,037,314.11 |
| | 3/13/2021 | INV441860 | | 4,372.64 | 1,041,686.75 |
| | 3/13/2021 | INV441861 | | 4,439.75 | 1,046,126.50 |
| | 3/13/2021 | INV441862 | | 6,548.63 | 1,052,675.13 |
| | 3/13/2021 | INV441863 | | 10,211.43 | 1,062,886.56 |
| | 3/13/2021 | INV441864 | | 3,458.36 | 1,066,344.92 |
| | 3/13/2021 | INV441865 | | 3,955.25 | 1,070,300.17 |
| | 3/13/2021 | INV441866 | | 3,776.37 | 1,074,076.54 |
| | 3/13/2021 | INV441867 | | 4,389.42 | 1,078,465.96 |
| | 3/13/2021 | INV441868 | | 3,551.80 | 1,082,017.76 |
| | 3/13/2021 | INV441869 | | 3,637.24 | 1,085,655.00 |
| | 3/13/2021 | INV441870 | | 4,770.15 | 1,090,425.15 |
| | 3/13/2021 | INV441871 | | 3,640.60 | 1,094,065.75 |
| | 3/13/2021 | INV441872 | | 4,217.76 | 1,098,283.51 |
| | 3/13/2021 | INV441873 | | 3,923.50 | 1,102,207.01 |
| | 3/13/2021 | INV441874 | | 5,315.31 | 1,107,522.32 |
| | 3/13/2021 | INV441875 | | 5,315.31 | 1,112,837.63 |
| | 3/13/2021 | INV441876 | | 5,352.48 | 1,118,190.11 |
| | 3/13/2021 | INV441877 | | 4,512.03 | 1,122,702.14 |
| | 3/13/2021 | INV441878 | | 3,923.50 | 1,126,625.64 |
| | 3/13/2021 | INV441915 | | 3,923.50 | 1,130,549.14 |
| | 3/20/2021 | INV443575 | | 7,640.50 | 1,138,189.64 |
| | 3/20/2021 | INV443581 | | 6,650.33 | 1,144,839.97 |
| | 3/20/2021 | INV443582 | | 3,180.10 | 1,148,020.07 |
| | 3/20/2021 | INV443583 | | 4,661.74 | 1,152,681.81 |
| | 3/20/2021 | INV443584 | | 5,889.33 | 1,158,571.14 |
| | 3/20/2021 | INV443585 | | 4,809.90 | 1,163,381.04 |
| | 3/20/2021 | INV443586 | | 3,776.37 | 1,167,157.41 |
| | 3/20/2021 | INV443587 | | 4,883.73 | 1,172,041.14 |
| | 3/20/2021 | INV443588 | | 55.00 | 1,172,096.14 |
| | 3/20/2021 | INV443750 | | 4,806.29 | 1,176,902.43 |
| | 3/20/2021 | INV443751 | | 3,736.62 | 1,180,639.05 |
| | 3/20/2021 | INV443752 | | 8,213.54 | 1,188,852.59 |
| | 3/20/2021 | INV443753 | | 3,696.87 | 1,192,549.46 |
| | 3/20/2021 | INV443754 | | 4,364.89 | 1,196,914.35 |
| | 3/20/2021 | INV443755 | | 4,372.64 | 1,201,286.99 |
| | 3/20/2021 | INV443756 | | 25.00 | 1,201,311.99 |
| | 3/20/2021 | INV443757 | | 4,959.87 | 1,206,271.86 |
| | 3/20/2021 | INV443758 | | 206.50 | 1,206,478.36 |
| | 3/20/2021 | INV443759 | | 3,551.80 | 1,210,030.16 |
| | 3/20/2021 | INV443760 | | 5,549.69 | 1,215,579.85 |
| | 3/20/2021 | INV443761 | | 4,900.25 | 1,220,480.10 |
| | 3/20/2021 | INV443762 | | 4,315.85 | 1,224,795.95 |
| | 3/20/2021 | INV443763 | | 4,070.63 | 1,228,866.58 |
| | 3/20/2021 | INV443764 | | 4,217.76 | 1,233,084.34 |
| | 3/20/2021 | INV443765 | | 5,315.31 | 1,238,399.65 |
| | 3/20/2021 | INV443766 | | 5,315.31 | 1,243,714.96 |
| | 3/20/2021 | INV443767 | | 5,352.48 | 1,249,067.44 |
| | 3/20/2021 | INV443768 | | 3,923.50 | 1,252,990.94 |
| | 3/27/2021 | INV445461 | | 7,640.50 | 1,260,631.44 |
| | 3/27/2021 | INV445462 | | 4,666.90 | 1,265,298.34 |
| | 3/27/2021 | INV445463 | | 5,016.92 | 1,270,315.26 |
| | 3/27/2021 | INV445464 | | 5,370.29 | 1,275,685.55 |
| | 3/27/2021 | INV445465 | | 3,180.10 | 1,278,865.65 |
| | 3/27/2021 | INV445466 | | 4,412.39 | 1,283,278.04 |
| | 3/27/2021 | INV445467 | | 4,572.94 | 1,287,850.98 |
| | 3/27/2021 | INV445468 | | 2,153.28 | 1,290,004.26 |
| | 3/27/2021 | INV445469 | | 6,948.21 | 1,296,952.47 |
| | 3/27/2021 | INV445470 | | 4,134.13 | 1,301,086.60 |
| | 3/27/2021 | INV445471 | | 4,690.65 | 1,305,777.25 |
| | 3/27/2021 | INV445472 | | 3,657.12 | 1,309,434.37 |
| | 3/27/2021 | INV445473 | | 4,806.29 | 1,314,240.66 |
| | 3/27/2021 | INV445474 | | 5,816.07 | 1,320,056.73 |
| | 3/27/2021 | INV445475 | | 4,710.52 | 1,324,767.25 |
| | 3/27/2021 | INV445476 | | 25.00 | 1,324,792.25 |
| | 3/27/2021 | INV445477 | | 4,824.36 | 1,329,616.61 |
| | 3/27/2021 | INV445478 | | 3,551.80 | 1,333,168.41 |
| | 3/27/2021 | INV445479 | | 5,549.69 | 1,338,718.10 |
| | 3/27/2021 | INV445480 | | 3,923.50 | 1,342,641.60 |
| | 3/27/2021 | INV445481 | | 5,315.31 | 1,347,956.91 |
| | 3/27/2021 | INV445482 | | 5,315.31 | 1,353,272.22 |
| | 3/27/2021 | INV445483 | | 5,352.48 | 1,358,624.70 |
| | 3/27/2021 | INV445484 | | 4,274.55 | 1,362,899.25 |

| | Date | Invoice | | | Amount | | Balance |
|---|---|---|---|---|---|---|---|
| | 3/27/2021 | INV445485 | | | 3,923.50 | | 1,366,822.75 |
| | 3/27/2021 | INV445486 | | | 3,923.50 | | 1,370,746.25 |
| | 3/27/2021 | INV445521 | | | 206.50 | | 1,370,952.75 |
| | 3/27/2021 | INV445522 | | | 3,923.50 | | 1,374,876.25 |
| | 3/29/2021 | 1021 | | | | 685,822.60 | 689,053.65 |
| | 4/3/2021 | INV447756 | | | 7,640.50 | | 696,694.15 |
| | 4/3/2021 | INV447757 | | | 5,600.28 | | 702,294.43 |
| | 4/3/2021 | INV447758 | | | 5,133.59 | | 707,428.02 |
| | 4/3/2021 | INV447759 | | | 4,389.42 | | 711,817.44 |
| | 4/3/2021 | INV447760 | | | 795.03 | | 712,612.47 |
| | 4/3/2021 | INV447761 | | | 4,849.65 | | 717,462.12 |
| | 4/3/2021 | INV447762 | | | 4,728.33 | | 722,190.45 |
| | 4/3/2021 | INV447763 | | | 5,150.11 | | 727,340.56 |
| | 4/3/2021 | INV447764 | | | 4,134.13 | | 731,474.69 |
| | 4/3/2021 | INV447765 | | | 4,591.27 | | 736,065.96 |
| | 4/3/2021 | INV447766 | | | 3,299.35 | | 739,365.31 |
| | 4/3/2021 | INV447767 | | | 4,977.94 | | 744,343.25 |
| | 4/3/2021 | INV447768 | | | 5,860.47 | | 750,203.72 |
| | 4/3/2021 | INV447769 | | | 3,577.61 | | 753,781.33 |
| | 4/3/2021 | INV447770 | | | 5,149.59 | | 758,930.92 |
| | 4/3/2021 | INV447771 | | | 90.00 | | 759,020.92 |
| | 4/3/2021 | INV447772 | | | 3,507.40 | | 762,528.32 |
| | 4/3/2021 | INV447773 | | | 6,215.65 | | 768,743.97 |
| | 4/3/2021 | INV447774 | | | 3,923.50 | | 772,667.47 |
| | 4/3/2021 | INV447775 | | | 5,315.31 | | 777,982.78 |
| | 4/3/2021 | INV447776 | | | 5,315.31 | | 783,298.09 |
| | 4/3/2021 | INV447777 | | | 5,352.48 | | 788,650.57 |
| | 4/3/2021 | INV447778 | | | 9,202.16 | | 797,852.73 |
| | 4/3/2021 | INV447779 | | | 3,923.50 | | 801,776.23 |
| | 4/3/2021 | INV447780 | | | 3,923.50 | | 805,699.73 |
| | 4/3/2021 | INV447811 | | | 206.50 | | 805,906.23 |
| | 4/3/2021 | INV447812 | | | 3,923.50 | | 809,829.73 |
| | 4/10/2021 | INV449485 | | | 6,112.40 | | 815,942.13 |
| | 4/10/2021 | INV449486 | | | 6,008.63 | | 821,950.76 |
| | 4/10/2021 | INV449487 | | | 5,775.29 | | 827,726.05 |
| | 4/10/2021 | INV449488 | | | 5,566.47 | | 833,292.52 |
| | 4/10/2021 | INV449489 | | | 3,895.62 | | 837,188.14 |
| | 4/10/2021 | INV449490 | | | 6,022.31 | | 843,210.45 |
| | 4/10/2021 | INV449491 | | | 5,283.30 | | 848,493.75 |
| | 4/10/2021 | INV449492 | | | 3,551.80 | | 852,045.55 |
| | 4/10/2021 | INV449493 | | | 4,571.39 | | 856,616.94 |
| | 4/10/2021 | INV449494 | | | 4,770.15 | | 861,387.09 |
| | 4/10/2021 | INV449495 | | | 3,895.62 | | 865,282.71 |
| | 4/10/2021 | INV449496 | | | 5,492.90 | | 870,775.61 |
| | 4/10/2021 | INV449497 | | | 6,881.61 | | 877,657.22 |
| | 4/10/2021 | INV449498 | | | 3,975.13 | | 881,632.35 |
| | 4/10/2021 | INV449499 | | | 5,230.90 | | 886,863.25 |
| | 4/10/2021 | INV449500 | | | 3,551.80 | | 890,415.05 |
| | 4/10/2021 | INV449501 | | | 5,416.50 | | 895,831.55 |
| | 4/10/2021 | INV449502 | | | 5,100.55 | | 900,932.10 |
| | 4/10/2021 | INV449503 | | | 5,315.31 | | 906,247.41 |
| | 4/10/2021 | INV449504 | | | 5,315.31 | | 911,562.72 |
| | 4/10/2021 | INV449505 | | | 5,352.48 | | 916,915.20 |
| | 4/10/2021 | INV449506 | | | 8,311.63 | | 925,226.83 |
| | 4/10/2021 | INV449507 | | | 3,433.06 | | 928,659.89 |
| | 4/10/2021 | INV449508 | | | 4,413.94 | | 933,073.83 |
| | 4/10/2021 | INV449509 | | | 35.00 | | 933,108.83 |
| | 4/10/2021 | INV449542 | | | 206.50 | | 933,315.33 |
| | 4/10/2021 | INV449543 | | | 3,923.50 | | 937,238.83 |
| | 4/17/2021 | INV451278 | | | 8,929.83 | | 946,168.66 |
| | 4/17/2021 | INV451279 | | | 4,666.90 | | 950,835.56 |
| | 4/17/2021 | INV451280 | | | 4,900.25 | | 955,735.81 |
| | 4/17/2021 | INV451281 | | | 5,468.38 | | 961,204.19 |
| | 4/17/2021 | INV451282 | | | 5,088.16 | | 966,292.35 |
| | 4/17/2021 | INV451283 | | | 4,332.89 | | 970,625.24 |
| | 4/17/2021 | INV451284 | | | 4,706.14 | | 975,331.38 |
| | 4/17/2021 | INV451285 | | | 4,690.60 | | 980,021.98 |
| | 4/17/2021 | INV451286 | | | 4,883.73 | | 984,905.71 |
| | 4/17/2021 | INV451287 | | | 3,617.36 | | 988,523.07 |
| | 4/17/2021 | INV451288 | | | 4,710.52 | | 993,233.59 |
| | 4/17/2021 | INV451289 | | | 4,491.89 | | 997,725.48 |
| | 4/17/2021 | INV451290 | | | 4,757.24 | | 1,002,482.72 |
| | 4/17/2021 | INV451291 | | | 5,727.28 | | 1,008,210.00 |
| | 4/17/2021 | INV451292 | | | 2,881.97 | | 1,011,091.97 |
| | 4/17/2021 | INV451293 | | | 5,339.32 | | 1,016,431.29 |
| | 4/17/2021 | INV451294 | | | 3,551.80 | | 1,019,983.09 |
| | 4/17/2021 | INV451295 | | | 6,082.46 | | 1,026,065.55 |
| | 4/17/2021 | INV451296 | | | 3,923.50 | | 1,029,989.05 |
| | 4/17/2021 | INV451297 | | | 5,315.31 | | 1,035,304.36 |
| | 4/17/2021 | INV451298 | | | 5,315.31 | | 1,040,619.67 |
| | 4/17/2021 | INV451299 | | | 5,352.48 | | 1,045,972.15 |
| | 4/17/2021 | INV451300 | | | 4,749.50 | | 1,050,721.65 |
| | 4/17/2021 | INV451301 | | | 2,648.36 | | 1,053,370.01 |
| | 4/17/2021 | INV451302 | | | 4,168.72 | | 1,057,538.73 |
| | 4/17/2021 | INV451334 | | | 206.50 | | 1,057,745.23 |

| Date | Invoice # | | | Amount | Balance |
|---|---|---|---|---|---|
| 4/17/2021 | INV451335 | | | 3,923.50 | 1,061,668.73 |
| 4/24/2021 | INV452997 | | | 7,640.50 | 1,069,309.23 |
| 4/24/2021 | INV452998 | | | 2,800.14 | 1,072,109.37 |
| 4/24/2021 | INV452999 | | | 5,075.25 | 1,077,184.62 |
| 4/24/2021 | INV453000 | | | 5,125.07 | 1,082,309.69 |
| 4/24/2021 | INV453001 | | | 4,849.65 | 1,087,159.34 |
| 4/24/2021 | INV453002 | | | 5,684.43 | 1,092,843.77 |
| 4/24/2021 | INV453003 | | | 4,639.54 | 1,097,483.31 |
| 4/24/2021 | INV453004 | | | 4,121.20 | 1,101,604.51 |
| 4/24/2021 | INV453005 | | | 5,283.30 | 1,106,887.81 |
| 4/24/2021 | INV453006 | | | 4,094.38 | 1,110,982.19 |
| 4/24/2021 | INV453007 | | | 4,770.15 | 1,115,752.34 |
| 4/24/2021 | INV453008 | | | 3,180.10 | 1,118,932.44 |
| 4/24/2021 | INV453009 | | | 4,781.77 | 1,123,714.21 |
| 4/24/2021 | INV453010 | | | 5,860.47 | 1,129,574.68 |
| 4/24/2021 | INV453011 | | | 4,829.78 | 1,134,404.46 |
| 4/24/2021 | INV453012 | | | 5,068.28 | 1,139,472.74 |
| 4/24/2021 | INV453013 | | | 3,551.80 | 1,143,024.54 |
| 4/24/2021 | INV453014 | | | 6,215.65 | 1,149,240.19 |
| 4/24/2021 | INV453015 | | | 3,923.50 | 1,153,163.69 |
| 4/24/2021 | INV453016 | | | 5,315.31 | 1,158,479.00 |
| 4/24/2021 | INV453017 | | | 5,315.31 | 1,163,794.31 |
| 4/24/2021 | INV453018 | | | 5,352.48 | 1,169,146.79 |
| 4/24/2021 | INV453019 | | | 4,749.50 | 1,173,896.29 |
| 4/24/2021 | INV453020 | | | 3,923.50 | 1,177,819.79 |
| 4/24/2021 | INV453021 | | | 3,923.50 | 1,181,743.29 |
| 4/24/2021 | INV453052 | | | 103.25 | 1,181,846.54 |
| 4/24/2021 | INV453053 | | | 3,923.50 | 1,185,770.04 |
| 5/1/2021 | INV455206 | | | 7,640.50 | 1,193,410.54 |
| 5/1/2021 | INV455207 | | | 5,716.95 | 1,199,127.49 |
| 5/1/2021 | INV455208 | | | 3,850.19 | 1,202,977.68 |
| 5/1/2021 | INV455209 | | | 5,909.77 | 1,208,887.45 |
| 5/1/2021 | INV455210 | | | 5,624.80 | 1,214,512.25 |
| 5/1/2021 | INV455211 | | | 95.00 | 1,214,607.25 |
| 5/1/2021 | INV455212 | | | 6,161.44 | 1,220,768.69 |
| 5/1/2021 | INV455213 | | | 4,750.53 | 1,225,519.22 |
| 5/1/2021 | INV455214 | | | 4,241.08 | 1,229,760.30 |
| 5/1/2021 | INV455215 | | | 6,082.46 | 1,235,842.76 |
| 5/1/2021 | INV455216 | | | 5,048.41 | 1,240,891.17 |
| 5/1/2021 | INV455217 | | | 5,167.66 | 1,246,058.83 |
| 5/1/2021 | INV455218 | | | 2,186.32 | 1,248,245.15 |
| 5/1/2021 | INV455219 | | | 5,125.07 | 1,253,370.22 |
| 5/1/2021 | INV455220 | | | 6,260.05 | 1,259,630.27 |
| 5/1/2021 | INV455221 | | | 5,088.16 | 1,264,718.43 |
| 5/1/2021 | INV455222 | | | 5,935.58 | 1,270,654.01 |
| 5/1/2021 | INV455223 | | | 3,551.80 | 1,274,205.81 |
| 5/1/2021 | INV455224 | | | 6,215.65 | 1,280,421.46 |
| 5/1/2021 | INV455225 | | | 1,569.40 | 1,281,990.86 |
| 5/1/2021 | INV455226 | | | 5,315.31 | 1,287,306.17 |
| 5/1/2021 | INV455227 | | | 5,315.31 | 1,292,621.48 |
| 5/1/2021 | INV455228 | | | 5,620.10 | 1,298,241.58 |
| 5/1/2021 | INV455229 | | | 4,749.50 | 1,302,991.08 |
| 5/1/2021 | INV455230 | | | 3,923.50 | 1,306,914.58 |
| 5/1/2021 | INV455231 | | | 3,923.50 | 1,310,838.08 |
| 5/1/2021 | INV455262 | | | 3,923.50 | 1,314,761.58 |
| 5/8/2021 | INV456896 | | | 8,500.06 | 1,323,261.64 |
| 5/8/2021 | INV456897 | | | 4,666.90 | 1,327,928.54 |
| 5/8/2021 | INV456898 | | | 5,600.28 | 1,333,528.82 |
| 5/8/2021 | INV456899 | | | 6,253.08 | 1,339,781.90 |
| 5/8/2021 | INV456900 | | | 5,326.67 | 1,345,108.57 |
| 5/8/2021 | INV456901 | | | 4,770.15 | 1,349,878.72 |
| 5/8/2021 | INV456902 | | | 5,105.71 | 1,354,984.43 |
| 5/8/2021 | INV456903 | | | 4,420.89 | 1,359,405.32 |
| 5/8/2021 | INV456904 | | | 5,016.92 | 1,364,422.24 |
| 5/8/2021 | INV456905 | | | 5,863.31 | 1,370,285.55 |
| 5/8/2021 | INV456906 | | | 4,968.91 | 1,375,254.46 |
| 5/8/2021 | INV456907 | | | 2,265.82 | 1,377,520.28 |
| 5/8/2021 | INV456908 | | | 4,781.77 | 1,382,302.05 |
| 5/8/2021 | INV456909 | | | 6,748.42 | 1,389,050.47 |
| 5/8/2021 | INV456910 | | | 4,472.02 | 1,393,522.49 |
| 5/8/2021 | INV456911 | | | 5,637.45 | 1,399,159.94 |
| 5/8/2021 | INV456912 | | | 3,551.80 | 1,402,711.74 |
| 5/8/2021 | INV456913 | | | 5,150.11 | 1,407,861.85 |
| 5/8/2021 | INV456914 | | | 4,806.29 | 1,412,668.14 |
| 5/8/2021 | INV456915 | | | 5,315.31 | 1,417,983.45 |
| 5/8/2021 | INV456916 | | | 5,352.48 | 1,423,335.93 |
| 5/8/2021 | INV456917 | | | 4,749.50 | 1,428,085.43 |
| 5/8/2021 | INV456918 | | | 5,315.31 | 1,433,400.74 |
| 5/8/2021 | INV456919 | | | 3,923.50 | 1,437,324.24 |
| 5/8/2021 | INV456920 | | | 3,923.50 | 1,441,247.74 |
| 5/8/2021 | INV456951 | | | 206.50 | 1,441,454.24 |
| 5/8/2021 | INV456952 | | | 3,923.50 | 1,445,377.74 |
| 5/15/2021 | INV458211 | | | 7,640.50 | 1,453,018.24 |
| 5/15/2021 | INV458212 | | | 4,666.90 | 1,457,685.14 |
| 5/15/2021 | INV458213 | | | 5,016.92 | 1,462,702.06 |

| | | | | | |
|---|---|---|---|---|---|
| | 5/15/2021 | INV458214 | | 4,512.03 | 1,467,214.09 |
| | 5/15/2021 | INV458215 | | 5,207.41 | 1,472,421.50 |
| | 5/15/2021 | INV458216 | | 4,273.26 | 1,476,694.76 |
| | 5/15/2021 | INV458217 | | 4,883.73 | 1,481,578.49 |
| | 5/15/2021 | INV458218 | | 3,107.83 | 1,484,686.32 |
| | 5/15/2021 | INV458219 | | 5,283.30 | 1,489,969.62 |
| | 5/15/2021 | INV458220 | | 5,227.29 | 1,495,196.91 |
| | 5/15/2021 | INV458221 | | 5,207.41 | 1,500,404.32 |
| | 5/15/2021 | INV458222 | | 3,478.23 | 1,503,882.55 |
| | 5/15/2021 | INV458223 | | 4,683.68 | 1,508,566.23 |
| | 5/15/2021 | INV458224 | | 5,682.88 | 1,514,249.11 |
| | 5/15/2021 | INV458225 | | 4,094.38 | 1,518,343.49 |
| | 5/15/2021 | INV458226 | | 5,637.45 | 1,523,980.94 |
| | 5/15/2021 | INV458227 | | 3,551.80 | 1,527,532.74 |
| | 5/15/2021 | INV458228 | | 6,215.65 | 1,533,748.39 |
| | 5/15/2021 | INV458229 | | 4,070.63 | 1,537,819.02 |
| | 5/15/2021 | INV458230 | | 4,783.78 | 1,542,602.80 |
| | 5/15/2021 | INV458231 | | 5,553.20 | 1,548,156.00 |
| | 5/15/2021 | INV458232 | | 7,242.99 | 1,555,398.99 |
| | 5/15/2021 | INV458233 | | 2,167.09 | 1,557,566.08 |
| | 5/15/2021 | INV458234 | | 5,315.31 | 1,562,881.39 |
| | 5/15/2021 | INV458235 | | 3,923.50 | 1,566,804.89 |
| | 5/15/2021 | INV458236 | | 4,610.11 | 1,571,415.00 |
| | 5/15/2021 | INV458268 | | 3,923.50 | 1,575,338.50 |
| | 5/22/2021 | INV462762 | | 8,213.54 | 1,583,552.04 |
| | 5/22/2021 | INV462763 | | 4,666.90 | 1,588,218.94 |
| | 5/22/2021 | INV462764 | | 4,666.90 | 1,592,885.84 |
| | 5/22/2021 | INV462765 | | 2,942.63 | 1,595,828.47 |
| | 5/22/2021 | INV462766 | | 5,207.41 | 1,601,035.88 |
| | 5/22/2021 | INV462767 | | 3,299.35 | 1,604,335.23 |
| | 5/22/2021 | INV462768 | | 3,596.20 | 1,607,931.43 |
| | 5/22/2021 | INV462769 | | 2,841.44 | 1,610,772.87 |
| | 5/22/2021 | INV462770 | | 5,150.11 | 1,615,922.98 |
| | 5/22/2021 | INV462771 | | 4,730.40 | 1,620,653.38 |
| | 5/22/2021 | INV462772 | | 3,995.00 | 1,624,648.38 |
| | 5/22/2021 | INV462773 | | 2,941.59 | 1,627,589.97 |
| | 5/22/2021 | INV462774 | | 3,555.67 | 1,631,145.64 |
| | 5/22/2021 | INV462775 | | 4,173.37 | 1,635,319.01 |
| | 5/22/2021 | INV462776 | | 3,239.73 | 1,638,558.74 |
| | 5/22/2021 | INV462777 | | 4,932.77 | 1,643,491.51 |
| | 5/22/2021 | INV462778 | | 3,551.80 | 1,647,043.31 |
| | 5/22/2021 | INV462779 | | 3,551.80 | 1,650,595.11 |
| | 5/22/2021 | INV462780 | | 3,923.50 | 1,654,518.61 |
| | 5/22/2021 | INV462781 | | 1,866.41 | 1,656,385.02 |
| | 5/22/2021 | INV462782 | | 5,315.31 | 1,661,700.33 |
| | 5/22/2021 | INV462783 | | 5,352.48 | 1,667,052.81 |
| | 5/22/2021 | INV462784 | | 1,277.12 | 1,668,329.93 |
| | 5/22/2021 | INV462785 | | 4,749.50 | 1,673,079.43 |
| | 5/22/2021 | INV462786 | | 5,315.31 | 1,678,394.74 |
| | 5/22/2021 | INV462787 | | 3,923.50 | 1,682,318.24 |
| | 5/22/2021 | INV462788 | | 3,359.50 | 1,685,677.74 |
| | 5/22/2021 | INV462819 | | 206.50 | 1,685,884.24 |
| | 5/22/2021 | INV462820 | | 3,923.50 | 1,689,807.74 |
| | 5/29/2021 | INV464078 | | 8,500.06 | 1,698,307.80 |
| | 5/29/2021 | INV464079 | | 4,666.90 | 1,702,974.70 |
| | 5/29/2021 | INV464080 | | 2,800.14 | 1,705,774.84 |
| | 5/29/2021 | INV464081 | | 4,266.81 | 1,710,041.65 |
| | 5/29/2021 | INV464082 | | 3,180.10 | 1,713,221.75 |
| | 5/29/2021 | INV464083 | | 3,219.85 | 1,716,441.60 |
| | 5/29/2021 | INV464084 | | 4,217.76 | 1,720,659.36 |
| | 5/29/2021 | INV464085 | | 3,551.80 | 1,724,211.16 |
| | 5/29/2021 | INV464086 | | 3,551.80 | 1,727,762.96 |
| | 5/29/2021 | INV464087 | | 3,378.86 | 1,731,141.82 |
| | 5/29/2021 | INV464088 | | 4,472.02 | 1,735,613.84 |
| | 5/29/2021 | INV464089 | | 3,180.10 | 1,738,793.94 |
| | 5/29/2021 | INV464090 | | 3,604.72 | 1,742,398.66 |
| | 5/29/2021 | INV464091 | | 4,928.12 | 1,747,326.78 |
| | 5/29/2021 | INV464092 | | 3,418.61 | 1,750,745.39 |
| | 5/29/2021 | INV464093 | | 5,962.69 | 1,756,708.08 |
| | 5/29/2021 | INV464094 | | 3,551.80 | 1,760,259.88 |
| | 5/29/2021 | INV464095 | | 4,217.76 | 1,764,477.64 |
| | 5/29/2021 | INV464096 | | 3,923.50 | 1,768,401.14 |
| | 5/29/2021 | INV464097 | | 5,315.31 | 1,773,716.45 |
| | 5/29/2021 | INV464098 | | 5,352.48 | 1,779,068.93 |
| | 5/29/2021 | INV464099 | | 5,640.03 | 1,784,708.96 |
| | 5/29/2021 | INV464100 | | 5,315.31 | 1,790,024.27 |
| | 5/29/2021 | INV464101 | | 3,923.50 | 1,793,947.77 |
| | 5/29/2021 | INV464102 | | 3,727.33 | 1,797,675.10 |
| | 5/29/2021 | INV464103 | | 1,550.84 | 1,799,225.94 |
| | 5/29/2021 | INV464133 | | 206.50 | 1,799,432.44 |
| | 5/29/2021 | INV464134 | | 3,923.50 | 1,803,355.94 |
| | 6/5/2021 | INV465729 | | 6,494.43 | 1,809,850.37 |
| | 6/5/2021 | INV465730 | | 3,733.52 | 1,813,583.89 |
| | 6/5/2021 | INV465731 | | 2,599.32 | 1,816,183.21 |
| | 6/5/2021 | INV465732 | | 2,862.09 | 1,819,045.30 |

| | 6/5/2021 | INV465733 | | | 3,438.48 | | 1,822,483.78 |
|---|---|---|---|---|---|---|---|
| | 6/5/2021 | INV465734 | | | 3,374.21 | | 1,825,857.99 |
| | 6/5/2021 | INV465735 | | | 3,551.80 | | 1,829,409.79 |
| | 6/5/2021 | INV465736 | | | 3,551.80 | | 1,832,961.59 |
| | 6/5/2021 | INV465737 | | | 3,180.10 | | 1,836,141.69 |
| | 6/5/2021 | INV465738 | | | 3,458.36 | | 1,839,600.05 |
| | 6/5/2021 | INV465739 | | | 2,862.09 | | 1,842,462.14 |
| | 6/5/2021 | INV465740 | | | 1,986.27 | | 1,844,448.41 |
| | 6/5/2021 | INV465741 | | | 3,995.78 | | 1,848,444.19 |
| | 6/5/2021 | INV465742 | | | 2,901.84 | | 1,851,346.03 |
| | 6/5/2021 | INV465743 | | | 4,417.81 | | 1,855,763.84 |
| | 6/5/2021 | INV465744 | | | 3,551.80 | | 1,859,315.64 |
| | 6/5/2021 | INV465745 | | | 1,420.72 | | 1,860,736.36 |
| | 6/5/2021 | INV465746 | | | 3,334.98 | | 1,864,071.34 |
| | 6/5/2021 | INV465747 | | | 4,281.98 | | 1,868,353.32 |
| | 6/5/2021 | INV465748 | | | 949.90 | | 1,869,303.22 |
| | 6/5/2021 | INV465749 | | | 1,063.06 | | 1,870,366.28 |
| | 6/5/2021 | INV465750 | | | 3,923.50 | | 1,874,289.78 |
| | 6/5/2021 | INV465751 | | | 3,384.02 | | 1,877,673.80 |
| | 6/5/2021 | INV465780 | | | 3,923.50 | | 1,881,597.30 |
| | 6/12/2021 | INV467352 | | | 7,258.48 | | 1,888,855.78 |
| | 6/12/2021 | INV467353 | | | 5,191.93 | | 1,894,047.71 |
| | 6/12/2021 | INV467354 | | | 4,046.11 | | 1,898,093.82 |
| | 6/12/2021 | INV467355 | | | 3,776.37 | | 1,901,870.19 |
| | 6/12/2021 | INV467356 | | | 3,279.48 | | 1,905,149.67 |
| | 6/12/2021 | INV467357 | | | 3,463.01 | | 1,908,612.68 |
| | 6/12/2021 | INV467358 | | | 3,551.80 | | 1,912,164.48 |
| | 6/12/2021 | INV467359 | | | 3,551.80 | | 1,915,716.28 |
| | 6/12/2021 | INV467360 | | | 3,557.74 | | 1,919,274.02 |
| | 6/12/2021 | INV467361 | | | 3,219.85 | | 1,922,493.87 |
| | 6/12/2021 | INV467362 | | | 3,180.10 | | 1,925,673.97 |
| | 6/12/2021 | INV467363 | | | 4,462.98 | | 1,930,136.95 |
| | 6/12/2021 | INV467364 | | | 4,040.17 | | 1,934,177.12 |
| | 6/12/2021 | INV467365 | | | 3,180.10 | | 1,937,357.22 |
| | 6/12/2021 | INV467366 | | | 4,959.87 | | 1,942,317.09 |
| | 6/12/2021 | INV467367 | | | 3,551.80 | | 1,945,868.89 |
| | 6/12/2021 | INV467368 | | | 3,678.28 | | 1,949,547.17 |
| | 6/12/2021 | INV467369 | | | 5,352.48 | | 1,954,899.65 |
| | 6/12/2021 | INV467370 | | | 3,923.50 | | 1,958,823.15 |
| | 6/12/2021 | INV467371 | | | 3,948.02 | | 1,962,771.17 |
| | 6/12/2021 | INV467402 | | | 3,923.50 | | 1,966,694.67 |
| | 6/18/2021 | | | | | 445,000.00 | 1,521,694.67 |
| | 6/19/2021 | INV468905 | | | 6,112.40 | | 1,527,807.07 |
| | 6/19/2021 | INV468906 | | | 4,200.21 | | 1,532,007.28 |
| | 6/19/2021 | INV468907 | | | 4,070.63 | | 1,536,077.91 |
| | 6/19/2021 | INV468908 | | | 4,074.50 | | 1,540,152.41 |
| | 6/19/2021 | INV468909 | | | 3,617.36 | | 1,543,769.77 |
| | 6/19/2021 | INV468910 | | | 4,173.37 | | 1,547,943.14 |
| | 6/19/2021 | INV468911 | | | 3,551.80 | | 1,551,494.94 |
| | 6/19/2021 | INV468912 | | | 3,551.80 | | 1,555,046.74 |
| | 6/19/2021 | INV468913 | | | 3,299.35 | | 1,558,346.09 |
| | 6/19/2021 | INV468914 | | | 4,472.02 | | 1,562,818.11 |
| | 6/19/2021 | INV468915 | | | 3,180.10 | | 1,565,998.21 |
| | 6/19/2021 | INV468916 | | | 4,021.59 | | 1,570,019.80 |
| | 6/19/2021 | INV468917 | | | 3,995.78 | | 1,574,015.58 |
| | 6/19/2021 | INV468918 | | | 1,590.05 | | 1,575,605.63 |
| | 6/19/2021 | INV468919 | | | 5,258.01 | | 1,580,863.64 |
| | 6/19/2021 | INV468920 | | | 3,551.80 | | 1,584,415.44 |
| | 6/19/2021 | INV468922 | | | 3,923.50 | | 1,588,338.94 |
| | 6/19/2021 | INV468922 | | | 4,512.03 | | 1,592,850.97 |
| | 6/19/2021 | INV468923 | | | 3,923.50 | | 1,596,774.47 |
| | 6/19/2021 | INV468950 | | | 3,923.50 | | 1,600,697.97 |
| | 6/26/2021 | INV470414 | | | 8,643.32 | | 1,609,341.29 |
| | 6/26/2021 | INV470415 | | | 4,900.25 | | 1,614,241.54 |
| | 6/26/2021 | INV470416 | | | 4,070.63 | | 1,618,312.17 |
| | 6/26/2021 | INV470417 | | | 3,180.10 | | 1,621,492.27 |
| | 6/26/2021 | INV470418 | | | 4,173.37 | | 1,625,665.64 |
| | 6/26/2021 | INV470419 | | | 3,551.80 | | 1,629,217.44 |
| | 6/26/2021 | INV470420 | | | 3,551.80 | | 1,632,769.24 |
| | 6/26/2021 | INV470421 | | | 3,219.85 | | 1,635,989.09 |
| | 6/26/2021 | INV470422 | | | 4,412.39 | | 1,640,401.48 |
| | 6/26/2021 | INV470423 | | | 3,180.10 | | 1,643,581.58 |
| | 6/26/2021 | INV470424 | | | 3,923.50 | | 1,647,505.08 |
| | 6/26/2021 | INV470425 | | | 3,995.78 | | 1,651,500.86 |
| | 6/26/2021 | INV470426 | | | 3,180.10 | | 1,654,680.96 |
| | 6/26/2021 | INV470427 | | | 4,715.94 | | 1,659,396.90 |
| | 6/26/2021 | INV470428 | | | 3,551.80 | | 1,662,948.70 |
| | 6/26/2021 | INV470429 | | | 4,217.76 | | 1,667,166.46 |
| | 6/26/2021 | INV470430 | | | 3,825.41 | | 1,670,991.87 |
| | 6/26/2021 | INV470431 | | | 5,352.48 | | 1,676,344.35 |
| | 6/26/2021 | INV470432 | | | 3,923.50 | | 1,680,267.85 |
| | 6/26/2021 | INV470433 | | | 3,972.54 | | 1,684,240.39 |
| | 6/26/2021 | INV470458 | | | 3,923.50 | | 1,688,163.89 |
| | 7/3/2021 | INV472122 | | | 5,730.38 | | 1,693,894.27 |
| | 7/3/2021 | INV472123 | | | 651.53 | | 1,694,545.80 |

| | Date | Invoice | | Amount | | Payment | Balance |
|---|---|---|---|---|---|---|---|
| | 7/3/2021 | INV472124 | | 4,666.90 | | | 1,699,212.70 |
| | 7/3/2021 | INV472125 | | 3,972.54 | | | 1,703,185.24 |
| | 7/3/2021 | INV472126 | | 3,537.86 | | | 1,706,723.10 |
| | 7/3/2021 | INV472127 | | 2,643.46 | | | 1,709,366.56 |
| | 7/3/2021 | INV472128 | | 4,173.37 | | | 1,713,539.93 |
| | 7/3/2021 | INV472129 | | 2,841.44 | | | 1,716,381.37 |
| | 7/3/2021 | INV472130 | | 3,551.80 | | | 1,719,933.17 |
| | 7/3/2021 | INV472131 | | 3,180.10 | | | 1,723,113.27 |
| | 7/3/2021 | INV472132 | | 4,392.51 | | | 1,727,505.78 |
| | 7/3/2021 | INV472133 | | 2,544.08 | | | 1,730,049.86 |
| | 7/3/2021 | INV472134 | | 3,727.33 | | | 1,733,777.19 |
| | 7/3/2021 | INV472135 | | 3,995.78 | | | 1,737,772.97 |
| | 7/3/2021 | INV472136 | | 64.20 | | | 1,737,837.17 |
| | 7/3/2021 | INV472137 | | 3,180.10 | | | 1,741,017.27 |
| | 7/3/2021 | INV472138 | | 4,038.37 | | | 1,745,055.64 |
| | 7/3/2021 | INV472139 | | 3,551.80 | | | 1,748,607.44 |
| | 7/3/2021 | INV472140 | | 4,217.76 | | | 1,752,825.20 |
| | 7/3/2021 | INV472141 | | 3,923.50 | | | 1,756,748.70 |
| | 7/3/2021 | INV472142 | | 3,378.75 | | | 1,760,127.45 |
| | 7/3/2021 | INV472143 | | 4,512.03 | | | 1,764,639.48 |
| | 7/3/2021 | INV472144 | | 3,923.50 | | | 1,768,562.98 |
| | 7/3/2021 | INV472168 | | 3,923.50 | | | 1,772,486.48 |
| | 7/10/2021 | INV473864 | | 2,219.88 | | | 1,774,706.36 |
| | 7/10/2021 | INV473865 | | 1,961.75 | | | 1,776,668.11 |
| | 7/10/2021 | INV473866 | | 4,512.03 | | | 1,781,180.14 |
| | 7/10/2021 | INV473867 | | 3,482.11 | | | 1,784,662.25 |
| | 7/10/2021 | INV473893 | | 3,923.50 | | | 1,788,585.75 |
| | 7/17/2021 | INV475185 | | 4,883.73 | | | 1,793,469.48 |
| | 7/17/2021 | INV475186 | | 3,923.50 | | | 1,797,392.98 |
| | 7/17/2021 | INV475187 | | 4,512.03 | | | 1,801,905.01 |
| | 7/17/2021 | INV475188 | | 3,923.50 | | | 1,805,828.51 |
| | 7/17/2021 | INV475215 | | 3,923.50 | | | 1,809,752.01 |
| | 7/24/2021 | INV477101 | | 2,841.44 | | | 1,812,593.45 |
| | 7/24/2021 | INV477102 | | 4,144.20 | | | 1,816,737.65 |
| | 7/24/2021 | INV477103 | | 4,512.03 | | | 1,821,249.68 |
| | 7/24/2021 | INV477104 | | 3,923.50 | | | 1,825,173.18 |
| | 7/24/2021 | INV477129 | | 3,923.50 | | | 1,829,096.68 |
| | 7/30/2021 | | | | | 250,000.00 | 1,579,096.68 |
| | 7/31/2021 | INV478815 | | 3,997.07 | | | 1,583,093.75 |
| | 7/31/2021 | INV478816 | | 5,100.55 | | | 1,588,194.30 |
| | 7/31/2021 | INV478817 | | 3,923.50 | | | 1,592,117.80 |
| | 7/31/2021 | INV478845 | | 3,923.50 | | | 1,596,041.30 |
| | 8/3/2021 | INV477912 | | 24,300.00 | | | 1,620,341.30 |
| | 8/7/2021 | INV480359 | | 3,923.50 | | | 1,624,264.80 |
| | 8/7/2021 | INV480360 | | 4,904.38 | | | 1,629,169.18 |
| | 8/7/2021 | INV480361 | | 4,168.72 | | | 1,633,337.90 |
| | 8/7/2021 | INV480388 | | 3,923.50 | | | 1,637,261.40 |
| | 8/14/2021 | INV481853 | | 5,016.92 | | | 1,642,278.32 |
| | 8/14/2021 | INV481854 | | 3,923.50 | | | 1,646,201.82 |
| | 8/14/2021 | INV481855 | | 4,512.03 | | | 1,650,713.85 |
| | 8/14/2021 | INV481856 | | 3,923.50 | | | 1,654,637.35 |
| | 8/14/2021 | INV481883 | | 3,923.50 | | | 1,658,560.85 |
| | 8/21/2021 | INV483373 | | 4,217.76 | | | 1,662,778.61 |
| | 8/21/2021 | INV483374 | | 3,923.50 | | | 1,666,702.11 |
| | 8/21/2021 | INV483375 | | 3,923.50 | | | 1,670,625.61 |
| | 8/21/2021 | INV483376 | | 3,923.50 | | | 1,674,549.11 |
| | 8/28/2021 | INV484924 | | 3,374.21 | | | 1,677,923.32 |
| | 8/28/2021 | INV484925 | | 3,923.50 | | | 1,681,846.82 |
| | 8/28/2021 | INV484926 | | 784.70 | | | 1,682,631.52 |
| | 8/28/2021 | INV484927 | | 3,923.50 | | | 1,686,555.02 |
| | 8/28/2021 | INV484928 | | 32.10 | | | 1,686,587.12 |
| | 8/28/2021 | INV484954 | | 3,923.50 | | | 1,690,510.62 |
| | 9/4/2021 | INV486468 | | 3,818.19 | | | 1,694,328.81 |
| | 9/4/2021 | INV486469 | | 4,217.76 | | | 1,698,546.57 |
| | 9/4/2021 | INV486470 | | 3,923.50 | | | 1,702,470.07 |
| | 9/4/2021 | INV486498 | | 3,923.50 | | | 1,706,393.57 |
| | 9/7/2021 | | | | | 200,000.00 | 1,506,393.57 |
| | 9/11/2021 | INV488051 | | 3,684.99 | | | 1,510,078.56 |
| | 9/11/2021 | INV488052 | | 2,648.36 | | | 1,512,726.92 |
| | 9/11/2021 | INV488053 | | 2,599.32 | | | 1,515,326.24 |
| | 9/11/2021 | INV488084 | | 3,923.50 | | | 1,519,249.74 |
| | 9/18/2021 | INV489498 | | 3,551.80 | | | 1,522,801.54 |
| | 9/18/2021 | INV489499 | | 3,923.50 | | | 1,526,725.04 |
| | 9/18/2021 | INV489500 | | 4,021.59 | | | 1,530,746.63 |
| | 9/18/2021 | INV489529 | | 3,923.50 | | | 1,534,670.13 |
| | 9/25/2021 | INV491422 | | 4,291.33 | | | 1,538,961.46 |
| | 9/25/2021 | INV491423 | | 3,384.02 | | | 1,542,345.48 |
| | 9/25/2021 | INV491453 | | 3,923.50 | | | 1,546,268.98 |
| | 10/2/2021 | INV493133 | | 2,206.97 | | | 1,548,475.95 |
| | 10/2/2021 | INV493134 | | 3,923.50 | | | 1,552,399.45 |
| | 10/2/2021 | INV493162 | | 3,923.50 | | | 1,556,322.95 |
| | 10/9/2021 | INV495134 | | 4,217.76 | | | 1,560,540.71 |
| | 10/9/2021 | INV495135 | | 3,972.54 | | | 1,564,513.25 |
| | 10/9/2021 | INV495163 | | 3,923.50 | | | 1,568,436.75 |
| | 10/16/2021 | INV496904 | | 3,776.37 | | | 1,572,213.12 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 10/16/2021 | INV496905 | | | 2,927.14 | | 1,575,140.26 |
| | 10/16/2021 | INV496906 | | | 3,384.02 | | 1,578,524.28 |
| | 10/16/2021 | INV496933 | | | 3,923.50 | | 1,582,447.78 |
| | 10/23/2021 | INV500075 | | | 3,997.07 | | 1,586,444.85 |
| | 10/23/2021 | INV500076 | | | 3,833.16 | | 1,590,278.01 |
| | 10/23/2021 | INV500077 | | | 3,923.50 | | 1,594,201.51 |
| | 10/23/2021 | INV500102 | | | 3,923.50 | | 1,598,125.01 |
| | 10/25/2021 | | | | | 50,000.00 | 1,548,125.01 |
| | 10/30/2021 | INV501836 | | | 3,874.46 | | 1,551,999.47 |
| | 10/30/2021 | INV501837 | | | 4,739.18 | | 1,556,738.65 |
| | 10/30/2021 | INV501838 | | | 3,923.50 | | 1,560,662.15 |
| | 10/30/2021 | INV501862 | | | 3,923.50 | | 1,564,585.65 |
| | 11/6/2021 | INV505042 | | | 3,898.98 | | 1,568,484.63 |
| | 11/6/2021 | INV505043 | | | 4,460.40 | | 1,572,945.03 |
| | 11/6/2021 | INV505044 | | | 3,923.50 | | 1,576,868.53 |
| | 11/6/2021 | INV505069 | | | 3,923.50 | | 1,580,792.03 |
| | 11/13/2021 | INV506766 | | | 3,923.50 | | 1,584,715.53 |
| | 11/13/2021 | INV506767 | | | 4,599.79 | | 1,589,315.32 |
| | 11/13/2021 | INV506768 | | | 3,923.50 | | 1,593,238.82 |
| | 11/13/2021 | INV506793 | | | 3,923.50 | | 1,597,162.32 |
| | 11/20/2021 | INV508510 | | | 4,321.01 | | 1,601,483.33 |
| | 11/20/2021 | INV508511 | | | 1,373.23 | | 1,602,856.56 |
| | 11/20/2021 | INV508535 | | | 3,923.50 | | 1,606,780.06 |
| | 11/27/2021 | INV509958 | | | 2,369.59 | | 1,609,149.65 |
| | 11/27/2021 | INV509982 | | | 3,923.50 | | 1,613,073.15 |
| | 12/4/2021 | INV514005 | | | 3,923.50 | | 1,616,996.65 |
| | 12/4/2021 | INV514010 | | | 1,672.65 | | 1,618,669.30 |
| | 12/11/2021 | INV515303 | | | 2,230.20 | | 1,620,899.50 |
| | 12/11/2021 | INV515328 | | | 3,923.50 | | 1,624,823.00 |
| | 12/17/2021 | | | | | 50,000.00 | 1,574,823.00 |
| | 12/18/2021 | INV517055 | | | 2,578.67 | | 1,577,401.67 |
| | 12/18/2021 | INV517077 | | | 3,923.50 | | 1,581,325.17 |
| | 12/25/2021 | INV519000 | | | 1,951.43 | | 1,583,276.60 |
| **Total for NOVO Health, LLC** | | | | | **4,607,086.01** | **3,023,809.41** | **1,583,276.60** |
| | | | | | | |
| | | | | Totals | **4,607,086.01** | **3,023,809.41** | **1,583,276.60** |
| | | | | | | |