IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **MEDIX STAFFING SOLUTIONS, INC.,** an Illinois corporation, Plaintiff, vs. **NOVO HEALTH, LLC,** a Wisconsin limited liability company, and **NOVO HEALTH TECHNOLOGY GROUP, LLC,** a Wisconsin limited liability company, and **NOVO CONSERVATIVE CARE, LLC,** a Wisconsin limited liability company, and **NOVO DIRECT CONTRACTING, LLC,** a Wisconsin limited liability company, and **NOVO, LLC,** a Wisconsin limited liability company, and **INNOVATION ALLIANCE, LLC,** a Wisconsin limited liability company, and **CURT KUBIAK**, an individual, Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **Civil Action No. 22-cv-225** **Hon. Sharon Johnson Coleman** |

## NOTICE OF FILING [PROPOSED] JUDGMENT

Plaintiff Medix Staffing Solutions, Inc. respectfully submits the accompanying Proposed Judgment in a Civil Case. The form and content of the proposed judgment have been approved by Defendants' counsel.

Respectfully submitted,

CHASE LAW & ASSOCIATES, P.A.

By: */s/ Kenneth E. Chase*
Kenneth E. Chase
Chase Law & Associates, P.A.
951 Yamato Road, Suite 280
Boca Raton, FL 33431
Tel: (305) 402-9800
Fax: (305) 402-2725
Email: kchase@chaselaw.com

*Attorneys for Plaintiff*
*Medix Staffing Solutions, Inc.*

## CERTIFICATE OF SERVICE

I, Kenneth E. Chase, hereby certify that I served the foregoing via CM/ECF, which serves notice to all counsel of record, on December 17, 2024.

By: */s/ Kenneth E. Chase*
Kenneth E. Chase