## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Medix Staffing Solutions, Inc
                              Plaintiff,

v.                                            Case No.: 1:22–cv–00225
                                                       Honorable Sharon Johnson Coleman

Novo Health, LLC, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 17, 2024:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Plaintiff's motion for entry of final judgment against corporate defendants [92]is granted. Judgment is entered in favor of plaintiff and against the corporate defendants. Enter Order. Case is dismissed with prejudice. Civil case terminated. Mailed notice. (ym)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.