IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MEDIX STAFFING SOLUTIONS, INC.,** an Illinois corporation, Plaintiff, vs. **NOVO HEALTH, LLC,** a Wisconsin limited liability company, and **NOVO HEALTH TECHNOLOGY GROUP, LLC,** a Wisconsin limited liability company, and **NOVO CONSERVATIVE CARE, LLC,** a Wisconsin limited liability company, and **NOVO DIRECT CONTRACTING, LLC,** a Wisconsin limited liability company, and **NOVO, LLC,** a Wisconsin limited liability company, and **INNOVATION ALLIANCE, LLC,** a Wisconsin limited liability company, and **CURT KUBIAK**, an individual, Defendants. | **Civil Action No. 22-cv-225** **Judge Sharon Johnson Coleman** |

## JUDGMENT IN A CIVIL CASE

The Court notes that the record of pretrial proceedings in this case clearly shows Plaintiff Medix Staffing Solution, Inc.'s insistence on a trial to resolve this matter. Plaintiff and Defendant Curt Kubiak agreed to December 16, 2024, for a bench trial and agreed to abide by this Court's pretrial instructions, located on its webpage. While planning for the requested trial, the Court notes that the required submissions were deficient at best, and the Court was not informed until two days prior to trial that the parties had settled.

Based on that settlement, judgment is hereby entered in favor of Plaintiff and against Defendants Novo Health, LLC, Novo Health Technology Group, LLC, Novo Conservative Care, LLC, Novo Direct Contracting, LLC, Novo, LLC, and Innovation Alliance, LLC, jointly and severally, in the amount of $2,554,691.00. By agreement, Plaintiff's claims against Defendant Curt Kubiak are dismissed with prejudice.

The $2,554,691.00 damages award against Defendants Novo Health, LLC, Novo Health Technology Group, LLC, Novo Conservative Care, LLC, Novo Direct Contracting, LLC, Novo, LLC, and Innovation Alliance, LLC is undisputed, and it consists of $1,583,276.00 in principal damages and $966,118.00 in contract-based late fees. Post-judgment interest shall accrue on that amount at the rate provided by law from the date of this judgment.

The specifics of the damages award is by agreement and at the direction of the parties and their counsel. The damages award is undisputed, and Defendants agree to the amount of the judgment as set forth herein. The case is hereby terminated.

Dated: 12/17/2024

_____
SHARON JOHNSON COLEMAN
United States District Judge